Wood, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS LAUMANN, SEAMUS EWASCHUK, FERNANDA GARBER, and ROBERT SILVER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, NHL ENTERPRISES, L.P., NHL INTERACTIVE CYBERENTERPRISES LLC, et al.,<br><br>Defendants. | 12 Civ. 1817 (KMW) |
| PETER HERMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, NHL ENTERPRISES, L.P., NHL INTERACTIVE CYBERENTERPRISES LLC, et al.,<br><br>Defendants. | 12 Civ. 2065 (KMW) |

**STIPULATION AND ORDER CONCERNING RESPONSES
TO THE COMPLAINTS**

WHEREAS, the cases captioned above have been deemed related cases;

WHEREAS, plaintiffs' efforts to timely effectuate service of process on all of the defendants is ongoing;

WHEREAS, defendants are still evaluating the complaints and desire adequate time to coordinate their responses in the most efficient manner for the Court's consideration;

WHEREAS, plaintiffs and defendants will be conferring with each other to address scheduling and other issues raised in the Court's March 29, 2012 Scheduling Order in advance of the April 30, 2012 conference;

WHEREAS, although the consent of defendants other than the National Hockey League is not required because no defendant's position is compromised by this Stipulation, counsel for the National Hockey League can nevertheless report that identified counsel for the other defendants have been canvassed and all support the Court's approval of this stipulation;

WHEREAS, Plaintiffs agree that submission of this Stipulation should be without prejudice to any defense or position of any party on any issue in the cases.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendant National Hockey League, subject to the approval of the Court, as follows:

1. No defendant need respond to the complaints in these actions before May 18, 2012; and

2

2.   No defense, argument, or position of any party on any issue is prejudiced, waived, or otherwise affected by the submission of this Stipulation.

DATED: April 4, 2012

By: _____
Shepard Goldfein
Paul M. Eckles

shepard.goldfein@skadden.com
paul.eckles@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
4 Times Square
New York, N.Y. 10036
(212) 735-3000

*Attorneys for Defendant*
*National Hockey League*

By: _____
Fred T. Isquith

isquith@whafh.com
WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

*Attorneys for Plaintiff*
*Peter Herman*

By: _____
Michael M. Buchman

mbuchman@pomlaw.com
POMERANTZ HAUDEK GROSSMAN &
   GROSS LLP
100 Park Avenue, 26th Floor
New York, NY 10017
(212) 661-1100

*Attorneys for Plaintiffs*
*Thomas Laumann, Seamus Ewashuk,*
*Fernanda Garber and Robert Silver*

SO ORDERED, at New York, N.Y.,
April 9, 2012

_____
Hon. Kimba Wood
United States District Judge

3