UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS LAUMANN, FERNANDA GARBER, ROBERT SILVER, and PETER HERMAN, representing themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, NHL ENTERPRISES, L.P., NHL INTERACTIVE CYBERENTERPRISES, LLC, NEW YORK RANGERS HOCKEY CLUB, NEW JERSEY DEVILS LLC, NEW YORK ISLANDERS HOCKEY CLUB, L.P., COMCAST SPECTACOR, L.P., LINCOLN HOCKEY, LLC, LEMIEUX GROUP, L.P., HOCKEY WESTERN NEW YORK, LLC, CHICAGO BLACKHAWKS HOCKEY TEAM, INC., SAN JOSE SHARKS, LLC, DIRECTV, LLC, DIRECTV SPORTS NETWORKS, LLC, ROOT SPORTS PITTSBURGH, COMCAST CORP., COMCAST SPORTSNET PHILLY, L.P., COMCAST SPORTSNET MID-ATLANTIC, L.P., COMCAST SPORTSNET BAY AREA, L.P., COMCAST SPORTSNET CHICAGO, L.P., and MADISON SQUARE GARDEN COMPANY,<br><br>Defendants. | 12 CIV 1817 (KMW)<br><br>ECF Case<br><br>Electronically Filed<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants DIRECTV, LLC, DIRECTV Sports Networks, LLC, and DIRECTV Sports Net Pittsburgh, LLC (a/k/a ROOT Sports Pittsburgh) provide the following certifications to enable the Court to evaluate possible disqualification or recusal:

1

Defendant DIRECTV, LLC, is a California limited liability company. It is a wholly-owned, direct subsidiary of DIRECTV Holdings LLC, a Delaware limited liability company that is not publicly traded. It is also a wholly-owned, indirect subsidiary of DIRECTV, a Delaware corporation that is publicly traded on NASDAQ as "DTV." No publicly-held corporation owns more than 10% of DIRECTV'S stock.

Defendant DIRECTV Sports Networks, LLC, is a Delaware limited liability company. It is a wholly-owned, direct subsidiary of Greenlady Corp., a Delaware corporation that is not publicly traded. It is also a wholly-owned, indirect subsidiary of DIRECTV, a Delaware corporation that is publicly traded on NASDAQ as "DTV."

Defendant DIRECTV Sports Net Pittsburgh, LLC (a/k/a ROOT Sports Pittsburgh), is a Delaware limited liability company. It is a wholly-owned, direct subsidiary of defendant DIRECTV Sports Networks, LLC that is not publicly traded. It is also a wholly-owned, indirect subsidiary of DIRECTV, a Delaware corporation that is publicly traded on NASDAQ as "DTV."

DATED: June 7, 2012         **ALSTON & BIRD LLP**

By: /s/ Andrew E. Paris

Amber C. Wessels
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

Louis A. Karasik (*pro hac vice*)
Andrew E. Paris (*pro hac vice*)
Joann Wakana (*pro hac vice*)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100