# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ARTHUR J. BURKE
212 450 4352
arthur.burke@davispolk.com

November 5, 2012

Re: *Laumann et al. v. National Hockey League et al.*,
12-cv-1817 (SAS); *Garber et al. v. Office of the Commissioner of Baseball
et al.*, 12-cv-3704 (SAS)

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007



Dear Judge Scheindlin:

I write on behalf of all of the Defendants in the above-referenced matters. In the October 22, 2012 Order granting Plaintiffs' October 5, 2012 Motion for Leave to Amend, the Court instructed that:

- Plaintiffs must file Amended Complaints by October 26, 2012 (and preferably earlier);

- Defendants may address any new issues raised by the amendments in a brief not to exceed ten pages, due ten days from the date the Amended Complaints are filed; and

- If necessary, Plaintiffs may respond in a five-page memorandum within five days of receipt of defendants' memorandum.

Although Plaintiffs filed Amended Complaints on October 26, 2012, the filings did not appear on the dockets and no ECF notices were issued, presumably because of complications caused by Hurricane Sandy. After Defendants inquired about the status of the filings, Plaintiffs served the Amended Complaint in *Laumann* via email on November 1, 2012 and the Amended Complaint in *Garber* via email on November 2, 2012.

Honorable Shira A. Scheindlin                2                        November 5, 2012

In light of the delayed notification and service of the Amended Complaints, Defendants request until November 9, 2012 to respond, if at all, to any new issues raised by the amendments in a brief not to exceed ten pages. Plaintiffs do not object to the November 9 deadline.

If the foregoing schedule is acceptable, we respectfully request Your Honor to So Order this letter.

Respectfully submitted,

Arthur J. Burke

cc:    All Counsel of Record (By Email)

So Ordered      November 7, 2012

Hon. Shira A. Scheindlin
United States District Judge