UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDA GARBER, MARC LERNER, DEREK RASMUSSEN, AND ROBERT SILVER, representing themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, MAJOR LEAGUE BASEBALL ENTERPRISES INC., MLB ADVANCED MEDIA L.P., DIRECTV LLC, DIRECTV SPORTS NETWORKS LLC, ROOT SPORTS PITTSBURGH, ROOT SPORTS ROCKY MOUNTAIN, ROOT SPORTS NORTHWEST, COMCAST CORP., COMCAST SPORTSNET PHILLY, L.P., COMCAST SPORTSNET BAY AREA, L.P., COMCAST SPORTSNET CHICAGO, L.P., YANKEES ENTERTAINMENT AND SPORTS NETWORKS, LLC, ATHLETICS INVESTMENT GROUP, LLC, THE BASEBALL CLUB OF SEATTLE, L.P., CHICAGO NATIONAL LEAGUE BALL CLUB, LLC, CHICAGO WHITE SOX, LTD., COLORADO ROCKIES BASEBALL CLUB, LTD., NEW YORK YANKEES PARTNERSHIP, THE PHILLIES, L.P., PITTSBURGH BASEBALL, INC., AND SAN FRANCISCO BASEBALL ASSOCIATES, L.P.<br><br>Defendants. | CIVIL ACTION NO: 12-civ-3704 (SAS) [rel. No. 1:12-cv-01817-SAS]<br><br><br>(PROPOSED) ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE<br><br> |
| THOMAS LAUMANN, FERNANDA GARBER, ROBERT SILVER, and PETER HERMAN, representing themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, NHL ENTERPRISES, L.P., NHL INTERACTIVE | CIVIL ACTION NO: 1:12-cv-1817-SAS [rel. No. 12-civ-3704-(SAS)] |

| | |
|---|---|
| CYBERENTERPRISES, LLC, NEW YORK RANGERS HOCKEY CLUB, NEW JERSEY DEVILS LLC, NEW YORK ISLANDERS HOCKEY CLUB, L.P., COMCAST SPECTACOR, L.P., LINCOLN HOCKEY, LLC, LEMIEUX GROUP, L.P., HOCKEY WESTERN NEW YORK, LLC, CHICAGO BLACKHAWKS HOCKEY TEAM, INC., SAN JOSE SHARKS, LLC, DIRECTV, LLC, DIRECTV SPORTS NETWORKS, LLC, ROOT SPORTS PITTSBURGH, COMCAST CORP., COMCAST SPORTSNET PHILLY, L.P., COMCAST SPORTSNET MID-ATLANTIC, L.P., COMCAST SPORTSNET BAY AREA, L.P., COMCAST SPORTSNET CHICAGO, L.P., and MADISON SQUARE GARDEN COMPANY,<br><br>       Defendants. | |

In accordance with my Individual Rules and Procedures, and with Plaintiffs' counsel's consent, I grant Stephanie A. Jones's application for admission *pro hac vice* in *Garber*. Ms. Jones has indicated that she is a member in good standing of the California bar and that her contact information is as follows:

> Stephanie A. Jones
> Alston & Bird LLP
> 333 South Hope Street, 16th Floor
> Los Angeles, California 90071
> Telephone: 213-576-1000
> stephanie.jones@alston.com

Ms. Jones represents DIRECTV in this case.

**IT IS HEREBY ORDERED** that Stephanie A. Jones is admitted to practice *pro hac vice* before the United States District Court for the Southern District of New York in *Garber*.

                                                                    _____
                                                                    HON. SHIRA A. SCHEINDLIN
                                                                    UNITED STATES DISTRICT COURT