UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Thomas Laumann, et al., representing
themselves and all other similarly situated,

        Plaintiffs,

    -against-

NATIONAL HOCKEY LEAGUE, et al.,
        Defendants.

-----------------------------------------------------------------------X

NOTICE OF CHANGE
OF AFFILIATION

12 Civ. 1817 (SAS)

      **PLEASE TAKE NOTICE** that effective July 1, 2013, Michael M. Buchman, will be affiliated with the law firm of MOTLEY RICE LLC.

      His new contact information is as follows:

> Motley Rice LLC
> 275 Seventh Avenue
> Second Floor
> New York, NY 10001
> Telephone: (212) 577-0040
> Facsimile: (212) 577-0054
> Mobile: (917) 270-1549
> Email: mbuchman@motleyrice.com

Dated:    New York, New York
            July 1, 2013

                                                    MOTLEY RICE LLC

                                                    Michael M. Buchman
                                                    Motley Rice LLC

275 Seventh Avenue
Second Floor
New York, NY 10001
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Mobile: (917) 270-1549
Email: mbuchman@motleyrice.com

2