# ALSTON&BIRD LLP

333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410

213-576-1000
Fax: 213-576-1100
www.alston.com

Louis A. Karasik

Direct Dial: 213-576-1148          Email: lou.karasik@alston.com

July 12, 2013

**Via Fax (212) 805-7920 and Regular U.S. Mail**

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The Arbitration Defendants' motions to compel arbitration are now due August 19, 2013. No further extensions will be granted. SO ORDERED.
>
> 7/15/13 Shira A. Scheindlin USDJ

Re:   *Fernanda Garber, et al. v. Office of the Commissioner of Baseball, et al.*,
      Case No.: 12-cv-3704 (SAS);
      *Thomas Laumann, et al. v. National Hockey League, et al.*,
      Case No.: 12-cv-1817 (SAS)

Dear Judge Scheindlin:

We write on behalf of Plaintiffs, the DIRECTV Defendants and the Comcast Defendants in the *Laumann* and *Garber* matters (collectively "the Parties"). In April 2012, after the DIRECTV Defendants and the Comcast Defendants (together, the "Arbitration Defendants") raised the possibility of motions to compel arbitration based on arbitration agreements with their subscribers, the Parties reached stipulations to defer any such motions in *Laumann* pending possible further developments in *In re American Express Merchants' Litigation*, 667 F.3d 204 (2d Cir. 2012) ("AMEX"). The Court entered the stipulation as an order of the Court on April 25, 2012 in *Laumann* and a similar stipulation as on order of the Court on June 27, 2012 in *Garber*. On June 20, 2013, the Supreme Court rendered a decision in AMEX.

Under the Parties' stipulations and this Court's orders, motions to compel arbitration would be due on July 22, 2013. The Parties have been discussing a possible stipulation that would address certain arbitration issues and believe a short extension of the due date would further their efforts to resolve those issues. The Parties have agreed to extend the time that motions to compel arbitration by the Arbitration Defendants would otherwise be due until August 19. The other defendants in *Laumann* and *Garber* have no objection. If this is acceptable to the Court, we respectfully ask the Court to approve this extension by So Order of this letter.

Respectfully submitted,

Louis A. Karasik

LAK:RC
cc:  All Counsel of Record (via email)

Atlanta • Brussels • Charlotte • Dallas • Los Angeles • New York • Research Triangle • Silicon Valley • Ventura County • Washington, D.C.

LEGAL02/34265589v1