# ALSTON&BIRD LLP

333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410

213-576-1000
Fax: 213-576-1100
www.alston.com

Donna L. Reznick-Goodich          Direct Dial: 213-576-1002      Email: donna.reznick-goodich@alston.com

July 26, 2013

*Request granted.*
*So Ordered.*

*7/26/13*   *[signature]*
*Shira A. Scheindlin*
*USDJ*

***Via Fax (212) 805-7920***

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Fernanda Garber, et al. v. Office of the Commissioner of Baseball, et al.,*
      Case No.: 12-cv-3704 (SAS);
      *Thomas Laumann, et al. v. National Hockey League, et al.,*
      Case No.: 12-cv-1817 (SAS)

Dear Judge Scheindlin:

    We write to request a telephonic participation for Mr. Louis A. Karasik, representing the DIRECTV Defendants, at the upcoming Conference on July 29, 2013, at 4:30 p.m. Mr. Andrew E. Paris, of our firm, will be attending the conference in person. We have been given the phone number of (212) 805-0246 as primary contact.

Respectfully Submitted,

*Donna Reznick-Goodich*

Donna L. Reznick-Goodich
Paralegal for Mr. Louis A. Karasik and
Mr. Andrew E. Paris

Alston & Bird LLP