# LANGER GROGAN & DIVER P.C.

ATTORNEYS AT LAW
1717 ARCH STREET
SUITE 4130
PHILADELPHIA, PA 19103
PHONE: 215-320-5660
FAX: 215-320-5703

HOWARD LANGER
JOHN J. GROGAN*
EDWARD A. DIVER
IRV ACKELSBERG
PETER LECKMAN¹

EDWARD A. DIVER
DIRECT DIAL (215) 320-5663
ndiver@langergrogan.com

GEOFFREY C. HAZARD, JR.⁺⁺
OF COUNSEL

2263 CALIFORNIA STREET
SAN FRANCISCO, CA 94115
415-292-6535
ghazard@langergrogan.com

*ALSO ADMITTED IN NEW JERSEY
¹ALSO ADMITTED IN CALIFORNIA
⁺⁺ADMITTED IN CALIFORNIA ONLY

May 22, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/14
```

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: *Thomas Laumann, et al. v. National Hockey League, et al.*, 12-cv-1817 (SAS)
    *Fernanda Garber, et al. v. Office of the Commissioner of Baseball, et al.*,
    12-cv-3704 (SAS)

I write on behalf of the Plaintiffs in accordance with the Court's directive of May 8, 2014, regarding briefing of the defendants' motions for summary judgment and the exhibits submitted therewith.

We are continuing to work to prepare our papers for filing on Tuesday, May 27. In response to your instructions, we have substantially reduced the number and volume of exhibits. Having reviewed the defendants' revised submissions, we currently intend to submit fewer than 40 non-deposition exhibits. We have attempted to produce only the pages in each exhibit that are required, and the total number of pages should not exceed 125. We intend to submit approximately 60 pages of deposition transcripts. We will file only two declarations, one of which will be a lawyer declaration attaching exhibits. The other will be excerpts of the declaration of economist Roger Noll, which, in its complete form, is 121 pages long, plus exhibits. We have prepared a 57-page version of the declaration that addresses the most pertinent, disputed issues with appropriate context. That includes the three pages whose inclusion was requested by the DirecTV defendants. *See* DirecTV Mem. 2 n.1.

While the extent of the exhibits is distributed differently, reflecting the different postures of the parties, the total volume of exhibits that Plaintiffs propose submitting is less than the defendants submitted in their revised filings.

Honorable Shira A. Scheindlin
May 22, 2014
Page 2

If the foregoing is acceptable to the Court, Plaintiffs ask the Court so order.

Respectfully Submitted,

Edward Diver

So Ordered: _____
Shira A. Scheindlin J.
5/22/14

cc: Counsel for all parties