UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS LAUMANN, ROBERT SILVER, GARRETT TRAUB, and DAVID DILLON, representing themselves and all other similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NATIONAL HOCKEY LEAGUE, et al.<br><br>　　　　　　　　　　Defendants. | 12-cv-1817 (SAS)<br><br>ECF Case<br><br><u>Electronically Filed</u> |
| FERNANDA GARBER, MARC LERNER, DEREK RASMUSSEN, ROBERT SILVER, GARRETT TRAUB, and PETER HERMAN, representing themselves and all other similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, et al.<br><br>　　　　　　　　　　Defendants. | 12-cv-3704 (SAS)<br><br>ECF Case<br><br><u>Electronically Filed</u> |

### <u>DEFENDANTS' JOINT MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT DR. ROGER G. NOLL</u>

Pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), the Defendants in the above-captioned actions hereby move for an Order excluding the opinions and testimony of Plaintiffs' expert Dr. Roger G. Noll. The grounds for this motion are set forth in the Defendants' Memorandum of Law and

are further supported by the Declarations of Dr. Ariel Pakes and Dr. Daniel L. McFadden, being submitted herewith. Defendants respectfully request oral argument on their motion.

Dated: November 12, 2014                                                  Respectfully submitted,

| | |
|---|---|
| /s/ Shepard Goldfein | /s/ Bradley I. Ruskin |
| Shepard Goldfein | Bradley I. Ruskin |
| James A. Keyte | Jennifer R. Scullion |
| Paul M. Eckles | Colin Kass |
| Matthew M. Martino | Jordan Leader |
| Elliot A. Silver | Adrian Fontecilla |
| **SKADDEN, ARPS, SLATE,** | Stephen Ahron |
| **    MEAGHER & FLOM LLP** | Joelle Milov |
| Four Times Square | **PROSKAUER ROSE LLP** |
| New York, New York  10036-6522 | Eleven Times Square |
| Telephone:  (212) 735-3000 | New York, New York  10036-8299 |
| Facsimile:  (212) 735-2000 | Telephone:  (212) 969-3000 |
| shepard.goldfein@skadden.com | Facsimile:  (212) 969-2900 |
| james.keyte@skadden.com | bruskin@proskauer.com |
| paul.eckles@skadden.com | jscullion@proskauer.com |
| matthew.martino@skadden.com | |
| elliot.silver@skadden.com | Thomas J. Ostertag |
| | Senior Vice President and General Counsel |
| *Attorneys for Defendants National Hockey League, NHL Enterprises, L.P., NHL Interactive Cyberenterprises, LLC, Chicago Blackhawk Hockey Team, Inc., Comcast-Spectacor, L.P., Hockey Western New York LLC, Lemieux Group, L.P., Lincoln Hockey LLC, New Jersey Devils LLC, New York Islanders Hockey Club, L.P. and San Jose Sharks, LLC* | Office of the Commission of Baseball |
| | 245 Park Avenue |
| | New York, New York  10167 |
| | Telephone:  (212) 931-7855 |
| | Facsimile:  (212) 949-5653 |
| | |
| | *Attorneys for Defendants Office of the Commissioner of Baseball, Major League Baseball Enterprises Inc., MLB Advanced Media L.P., MLB Advanced Media, Inc., Athletics Investment Group, LLC, The Baseball Club of Seattle, L.L.P., Chicago White Sox, Ltd., Colorado Rockies Baseball Club, Ltd., The Phillies, Pittsburgh Baseball, Inc., and San Francisco Baseball Associates, L.P.* |
| | |
| /s/ Stephen R. Neuwirth | /s/ Jonathan D. Schiller |
| Stephen R. Neuwirth | Jonathan D. Schiller |
| Richard I. Werder, Jr. | Alan Vickery |
| **QUINN EMANUEL URQUHART &** | Christopher Duffy |
| **    SULLIVAN, LLP** | **BOIES, SCHILLER & FLEXNER LLP** |

51 Madison Avenue, 22nd Floor  
New York, New York  10010  
Telephone:  (212) 849-7000  
Facsimile:  (212) 849-7100  
stephenneuwirth@quinnemanuel.com  
rickwerder@quinnemanuel.com  

*Attorneys for Defendants The Madison Square Garden Company and New York Rangers Hockey Club*

575 Lexington Avenue  
New York, New York  10022  
Telephone:  (212) 446-2300  
Facsimile:  (212) 446-2350  
jschiller@bsfllp.com  
avickery@ bsfllp.com  
cduffy@bsfllp.com  

*Attorneys for Defendants New York Yankees Partnership*

/s/ Louis A. Karasik  
Louis A. Karasik  
Andrew E. Paris  
Stephanie A. Jones  
**ALSTON & BIRD LLP**  
333 South Hope Street, 16th Floor  
Los Angeles, California  90071-3004  
Telephone:  (213) 576-1000  
Facsimile:  (213) 576-1100  
lou.karasik@alston.com  
drew.paris@alston.com  
stephanie.jones@alston.com  

*Attorneys for Defendants DIRECTV, LLC, DIRECTV Sports Networks, LLC, DIRECTV Sports Net Pittsburgh, LLC a/k/a Root Sports Pittsburgh, DIRECTV Sports Net Rocky Mountain, LLC a/k/a Root Sports Rocky Mountain, and DIRECTV Sports Net Northwest, LLC a/k/a Root Sports Northwest*

/s/ Arthur J. Burke  
Arthur J. Burke  
David B. Toscano  
James W. Haldin  
**DAVIS POLK & WARDWELL LLP**  
450 Lexington Avenue  
New York, New York  10017  
Telephone:  (212) 450-4000  
Facsimile:  (212) 701-5800  
arthur.burke@davispolk.com  
david.toscano@davispolk.com  
james.haldin@davispolk.com  

*Attorneys for Defendants Comcast Corporation, Comcast SportsNet Philadelphia, L.P., Comcast SportsNet Mid-Atlantic L.P., Comcast SportsNet California, LLC, and Comcast SportsNet Chicago, LLC*

/s/ Beth A. Wilkinson  
Beth A. Wilkinson  
Samantha P. Bateman  
**PAUL, WEISS, RIFKIND WHARTON & GARRISON LLP**  
2001 K St. NW  
Washington, D.C. 20006-1047  
Telephone: (202)-223-7300  
Facsimile: (202)-223-7420  
bwilkinson@paulweiss.com  
sbateman@paulweiss.com  

*Attorneys for Defendant Yankees Entertainment & Sports Network, LLC*

3