UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/15

| | |
|---|---|
| THOMAS LAUMANN, FERNANDA GARBER, ROBERT SILVER, DAVID DILLON, GARRETT TRAUB and PETER HERMAN, representing themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL HOCKEY LEAGUE, *et al.*<br><br>Defendants | CA No. 12-1817 (SAS) |
| FERNANDA GARBER, MARC LERNER, DEREK RASMUSSEN, ROBERT SILVER, GARRETT TRAUB, and PETER HERMAN, representing themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, *et al.*<br><br>Defendants | CA No. 12-3704 (SAS)<br><br>**ECF Cases** |

**[PROPOSED] ORDER RE FILING OF NON-ORIGINAL SIGNATURES UNDER SEAL**

WHEREAS, Defendants in the above-captioned cases will file certain papers under seal in connection with their *Daubert* motion, and in opposition to Plaintiffs' *Daubert* motion.

NOW, THEREFORE, the Clerk of the Court is directed to permit the Defendants to file such papers, under seal, in their respective cases without original signatures.

SO ORDERED, at New York, New York,

DATED: January 15, 2015

Hon. Shira A. Scheindlin
United States District Judge