1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS LAUMANN,      : CIVIL ACTION NO.
FERNANDA GARBER,     : 12-CV-1817 (SAS(
ROBERT SILVER,       :
GARRETT TRAUB,       :
DAVID DILLON, and    :
PETER HERMAN,        :
representing         :
themselves end       :
all others           :
similarly            :
situated,            :
        Plaintiffs,  :
                     :
    v.               :
                     :
NATIONAL HOCKEY      :
LEAGUE, ET AL.,      :
        Defendants.  :
                     :

- - -
December 19, 2013
- - -

Highly confidential video-taped

deposition of GARY BETTMAN, held at

Pomerantz Grossman Hufford Dahlstrom &

Gross, LLP, 600 Third Avenue, New York,

NY, 10016, at 9:31 a.m., before Nicole

Alessi, Certified Professional Reporter.

- - -

KAPLAN, LEAMAN AND WOLFE

Registered Professional Reporters

www.klwreporters.com

---

2

1  APPEARANCES:

2

3  LANGER, GROGAN & DIVER, P.C.
   BY:  NEO DIVER, ESQUIRE
4  BY:  PETER LECKMAN, ESQUIRE
   1717 Arch Street, Suite 4130
5  Philadelphia, PA 19103
   (215) 320-5663 Fax (215) 320-5703
6  ndiver@langergrogan.com
   Counsel for the Plaintiffs

7

8  POMERANTZ, GROSSMAN, HUFFORD,
   DAHLSTROM & GROSS, LLP
9  BY:  ADAM G. KURTZ, ESQUIRE
   600 Third Avenue
10 New York, NY 10016
   (212( 661-1100
11 agkurtz@pcmlaw.com
   Counsel for the Plaintiffs

12

13 SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM, LLP
14 BY:  SHEPARD GOLDFEIN, ESQUIRE
   BY:  MATTHEW MARTINO, ESQUIRE
15 BY:  JAMES A. KEYTE, ESQUIRE
   Four Times Square
16 New York, NY 10036.
   (212) 735-2583 Fax (917( 777-2583
17 shepard.goldfein@skadden.com
   matthew.martino@skadden.com
18 james.keyte@skadden.com
   Counsel for the Defendant NHL (except
19 MSG) and the witness

20 QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
   BY:  DEBORAH K. BROWN, ESQUIRE
21 51 Madison Avenue, 22nd Floor
   New York, NY 10010
22 (212) 849- 7346 Fax (212( 849-7100
   Deborahbrown@quinnemanuel.com
23 Counsel for Defendant Madison Square
   Garden and New York Rangers Hockey Club

24

25

---

3

1  APPEARANCES:

2

3  ALSTON & BIRD, LLP
   BY:  LOUIS A. KARASIK, ESQUIRE
4  333 South Hope Street, 16th Floor
   Los Angeles, CA 90071
5  (213) 576-1119
   Lou.karasik@alston.com
6  Counsel for Defendant DirecTV

7

8  DAVIS, POLK & WARDWELL, LLP
   BY:  JAMES W. HALDIN, ESQUIRE
9  450 Lexington Avenue
   New York, NY 10017
10 (212) 450-4059 Fax (212( 701-5059
   james.haldin@davispolk.com
11 Counsel for the Defendant Comcast

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

4

1                    I N D E X

2

3  WITNESS                              PAGE

4  GARY BETTMAN

5  BY MR. DIVER:                         7

6

7              E X H I B I T S

8  NO.          DESCRIPTION            PAGE

9

10 Bettman-1   NHL Broadcasting,        50

11             NBC Summary

12 Bettman-2   NHL.com printout         70

13 Bettman-3   CBS internet printout   101

14 Bettman-4   NHL Fiscal Years' Summary  117

15     (Specifically Protected/Confidential)

16 Bettman-5  NHL TV Subscriber Overview  123

17 Bettman-6   printed e-mail          139

18 Bettman-7 Resolutions/Broadcast doc. 150

19 Bettman-8 Appendix/President's Ruling 157

20     Re Broadcast Rights of Member Clubs

21 Bettman-9 NHL letter August 2, 1996  162

22 Bettman-10  Governors' Minutes       176

23 Bettman-11  Collective-Bargaining    195

24                 Agreement

25

5

```
 1              E X H I B I T S
 2   NO.          DESCRIPTION          PAGE
 3
 4   Bettman-12   SportsBusiness Journal   209
 5                printout
 6   Bettman-13   USAToday.com  printout  226
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

6

```
 1              LITIGATION SUPPORT INDEX
 2
 3        Direction to Witness Not to Answer
 4
 5   Page    Line       Page   Line
 6
 7   None
 8        Request for Production of Documents
 9   Page    Line       Page   Line
10   None
11        Stipulations
12
13   Page   Line      Page   Line
14   None
15
16
17
18
19
20
21
22
23
24
25
```

7

```
 1              - - -
 2        THE VIDEOGRAPHER:  We are on the
 3   record.  My name is Phillip Roller.  I'm
 4   a videographer retained by On the Record
 5   Legal Video.  This is a video deposition
 6   for the United States District Court,
 7   Southern District of New York.  Today's
 8   date is December 19, 2013, the video time
 9   is 9:31 a.m.  This deposition is being
10   held at 600 Third Avenue on the 20th
11   floor, New York, New York, in the matter
12   of Thomas Laumann, et al, vs.  The
13   National Hockey League, et al.
14        The deponent is Gary Bettman.
15   Would all counsel please identify
16   themselves.
17        MR. DIVER:  Ned Diver for the
18   plaintiffs, Langer, Grogan and Diver.
19        MR. KURTZ:  Adam Kurtz for the
20   plaintiffs, Pomerantz, LLP.
21        MS. BROWN:  Deborah Brown from
22   Quinn Emanuel on behalf of Defendants
23   Madison Square Garden and Rangers.
24        MR. HALDIN:  James Haldin with
25   Davis Polk and Wardwell on behalf of the
```

8

```
 1   Comcast defendants.
 2        MR. KARASIK:  Lou Karasik,
 3   Alston and Bird, on behalf of DirecTV
 4   defendants.
 5        MR. KEYTE:  James Keyte, Skadden
 6   Arps, for the NHL defendants except MSG.
 7        MR. MARTINO:  Matt Martino from
 8   Skadden for the NHL defendants except
 9   MSG.
10        MR. GOLDFEIN:  I'm Shep Goldfein
11   from Skadden for the N -- NHL defendants
12   except for MSG, and for the commissioner.
13        THE VIDEOGRAPHER:  The court
14   reporter is Nicole Alessi and will now
15   swear in the witness.
16        GARY BETTMAN, having been duly
17   sworn was examined and testified as
18   follows:
19              - - -
20              EXAMINATION
21              - - -
22   BY MR. DIVER:
23   Q.     Good morning, Mr. Bettman.
24   A.     Good morning.
25   Q.     Now, tell me, you're an
```

9

```
 1   attorney, correct?
 2   A.      By training.
 3   Q.      By training.  Have you been
 4   deposed before?
 5   A.      Yes.
 6   Q.      How many times about?
 7   A.      1 don't have en exact count.
 8   ft's been more than a couple.
 9   Q.      Have you taken depositions?
10   A.      In my former life.
11   Q.      So you understand the drill here
12   and we don't have to go through a lot of
13   the introductory --
14   A.      If f have any questions es we
15   proceed 1 will be not hesitent at all to
16   ask you.
17   Q.      Okay.  Now, what is your
18   edueational background?
19   A.      1 heve a Bechelor's of Science
20   from Cornell University in industrial and
21   labor relations.  And 1 have e JD from
22   NYU School of Law.
23   Q.      And as part of your industrial
24   labor rolations' degree did you study
25   economics?
```

10

```
 1   A.      A little bit.
 2   Q.      Were there roquirements to take
 3   courses from the economics' department?
 4   A.      It's been e while but 1 believe
 5   there were at least a couple of eco
 6   tequirements.
 7   Q.      You don't -- yeu don't think of
 8   yourself as an economist?
 9   A.      Well, in -- in terms of the
10   expertise as to the eredentials that some
11   of your expert economists will heve, no;
12   but as a lay person my guess is 1'm
13   probably e little bit better informed
14   than most on economie issues.
15   Q.      Do you have eny specific
16   training in antitrust law?
17   A.      What do you meen by specific
18   training?
19   Q.      fn terms of your lew school
20   education.
21   A.      1 don't remember if 1 took
22   ontitrust law, but I'm not sure that you
23   could be at a professional sports league
24   for the last 32 years like I have been
25   without having at least some fleeting
```

11

```
 1   familiarity wlth the antitrust issues.
 2   Q.      Now, tell me about your
 3   employment background after law school.
 4   A.      I was at the law firm of
 5   Proskauer, Rooe, Goetz and Mendelsohn, as
 6   it was then celled, for about three
 7   yeers.  1 was at e firm in New Jersey
 8   called Gutkin, Miller and a buneh of
 9   other names for about a year.  1 was then
10   assistant general counsel at the NBA,
11   excuse me, for a couple years, and 1
12   ultimately became general counsel, senior
13   vice president and general counsel.  And
14   I wes there until January -- the end of
15   January 1993 when 1 left the NBA to
16   become the commissioner of the NHL on
17   Februery 1st, 1993.
18   Q.      Now, just to plece this, when
19   did you graduate from law school?
20   A.      '??.
21   Q.      When did you join the NBA?
22   A.      '91 -- '81.
23   C.      I981?
24   A.      1981.  So 1 was there for about
25   12 years.
```

12

```
 1   Q.      And at what point did you become
 2   the generel eounsol at the NBA?
 3   A.      It was probably, I don't
 4   remember the exact date, but I think it
 5   wes within a year of the time that David
 6   Stern elevated to commissioner.  So it
 7   probably would've been late '83, early
 8   '84 ballpark.  I could be a little off
 9   but somewhere in that timefrome.
10   Q.      And Mr. Stern just celebrated an
11   anniversary of sotts, does that --
12   A.      Aetually, I think February 1st
13   will be the anniversary 30 years.  And
14   he's elebrating it by retiring.
15   Q.      When you were at the NBA did you
16   work on broadcast policy issues?
17   A.      Yes.
18   Q.      Did you address territoriel
19   exclusivities as part of that work?
20   A.      I'm not sure --
21           MR. GOLDFEIN:  Object to the
22   form of the question.
23           THE WITNESS:  1'm not aute f --
24   I think the question is a little brood.
25           Are you talking about local or
```

13

```
1    national?  Are you talking about
2    contractual negotiations?  Are you
3    talking about league rules and policies?
4    I'd -- I would like to answer the
5    question but I'm not sure excttly what
6    you're asking me.
7    BY MR. DIVER:
8    Q.      I'm -- I'm -- I'm asking
9    partieulat about league rules and
10   policies.
11           Did you have any involvement in
12   the creation or modification of league
13   rules and policies --
14   A.      To the --
15           MR. GOLDFEIN:  Object to the
16   form of the objection --
17           MR. DIVER:  -- of --
18           MR. GOLDFEIN:  -- laek of
19   foundation.
20           MR. DIVER:  -- of btoadeasting
21   polities.
22           THE WITNESS:  To -- to the
23   extent there were any ongoing issues or
24   discusaions I'm sure I would've been a
25   part of them.  Based on how many years
```

14

```
1    ago, unless you've got something more
2    specifically to fresh my recollection, I
3    don't have a specific recollection other
4    than perhaps -- and I'm not even sure
5    that this is responsive to your question
6    -- the litigation tho NBA had with the
7    Bulls.
8    BY MR. DIVER:
9    Q.      And did you  -- were you
10   involved in that litigation?
11   A.      Yes.
12   Q.      As general counsel?
13   A.      Yes, and then subsequently I
14   think as a witness after I was
15   commissioner at the NHL and the
16   litigation was still ongoing.
17   Q.      Now, you said you became the
18   Commissioner of the National Hockey
19   League in February 1993, correct?
20   A.      Well, actually, that's when my
21   term began.  I was elected in December of
22   '92.
23   Q.      Okay.  So you wete -- either
24   have been there for 21 years or almost
25   have been there for 21 yeara, depending
```

15

```
1    on which day you choose?
2    A.      We are zeroing in on 21 years,
3    depends on how specific you want to paint
4    the target.
5    Q.      Now, this was your firat
6    position with the National Hockey League?
7    A.      Yes.
8    Q.      Had you ever done any
9    professional work involving professional
10   hockey prior to taking that job?
11           MR. GOLDFEIN:  Object to the
12   form of the question.
13           I -- I don't -- when you say
14   professional work, Ned, do you mean legal
15   work?
16           MR. DIVER:  Start with legal
17   work.
18           MR. GOLDFEIN:  I want to
19   understand because there may be
20   privileges issues.
21   BY MR. DIVER:
22   Q.      Did you have any experienee
23   working in legal or otherwise?
24   A.      Well, not that I recall.  The --
25   when I was at the NBA in-house I don't
```

16

```
1    believe I would have been doing anything
2    to represent the National Hockey League.
3    Is it conceivable at Proskauer I may have
4    done something, it's possible, but I
5    don't recall.  There were, you know,
6    things that we might do in common with
7    the NHL when I was with the NBA.  So for
8    example, when we were involved, and all
9    the sports leagues were, on anti gambling
10   lobbying for legislation to prohibit
11   sports betting, those are things we
12   would've worked together on.  But I don't
13   have any recollection prior to being at
14   the NHL having worked for or representing
15   the NHL.
16   Q.      Do you recall having ever worked
17   together with any other leagues on any
18   matters involving broadcasting?
19   A.      The only matters that -- that I
20   think we, that I recall, we would do ia
21   has to do with the Copyright Royalty
22   Tribunal and when the joint spotts'
23   claimants would be putting in their
24   claims for the royalties that we were
25   entitled to as a group, but beyond that,
```

17

```
 1   when it comes to negotiating our own
 2   national contracts we tend to do that on
 3   our own because obviously we're
 4   competitors.
 5   Q.      Now, I -- I just want to
 6   clarify.  Before you became the
 7   commissioner, Mr. Stein was the president
 8   of the league; is that correct?
 9   A.      For -- for a period of time,
10   yes.  He -- he was, I believe, installed
11   on interim base -- basis to replace John
12   Ziegler.
13   Q.      And -- and -- and you -- now,
14   was Mr. Stein at the -- at the NHL when
15   you started?  Did you overlap in any way?
16   A.      Yes, we did.  He -- he was -- he
17   was -- he was president, interim or
18   otherwise, I was elected commissioner but
19   as a I think a technical matter, as of
20   the June following my ascension, I -- I
21   was going to be commissioner and
22   president and he was going to be leaving.
23   Q.      I see.
24   A.      So I think we allowed him, the
25   governors and I, agreed that he would
```

18

```
 1   continue on as president to the end of
 2   the then current season.
 3   Q.      I see.  And there has not been
 4   another president since that time?
 5   A.      Correct.
 6   Q.      Are you currently the president?
 7   A.      I'm not -- I'm -- maybe or maybe
 8   the position doesn't exist.  I'm -- I'm
 9   not sure, but I'm -- I'm, you know -- I'm
10   the commissioner.  I'm the CEO.  If there
11   is a president it's me, but I'm not even
12   sure that we -- I don't -- I don't think
13   the constitution and bylaws reflect that
14   position anymore.  In fact, if -- if I
15   recall correctly, in June of '93 the
16   constitution was amended to revamp the
17   title to create the office of the
18   commissioner because there hadn't been a
19   commissioner before me.  And my
20   recollection is we wiped out the
21   presidency at that point in time.
22   Q.      Now, was -- was there any
23   substantive change in the role or the
24   time this was -- was created, or was this
25   a renaming of a CEO position?
```

19

```
 1   A.      I think the intention was to
 2   make the position a little bit broader,
 3   to make it more consistent with the sense of
 4   the commissioners in the general sense of
 5   basketball, football and baseball.
 6   Again, you know, we -- we revised and
 7   updated the constitution.  As a practical
 8   matter, I'm not sure there was a
 9   difference because I wasn't here.  So I
10   can't exactly tell you how the president
11   was functioning prior to the time I got
12   there.
13   Q.      Now, how -- how was the
14   commissioner chosen?
15   A.      He is selected/elected by the
16   Board of Governors.  It requires a three
17   -- three-quarter vote, I believe.
18   Q.      Is --
19   A.      Three-quarter or majority.  I'm
20   not even sure it's been so long.
21   Q.      Okay, yeah.  And -- and can you
22   explain what the Board of Governors is?
23   A.      The -- we -- we are a -- a
24   partnership, a joint venture.  We have 30
25   members and each member, member/club, has
```

20

```
 1   a governor.  There are alternate
 2   governors as well, but there's governors.
 3   So it's kind of like in traditional
 4   corporate terms a board of directors, and
 5   each club has an equal vote.  And so
 6   there are 30 clubs, each club has a
 7   1/30th vote and the constitution and
 8   bylaws specify which things are done by
 9   majority vote and which require a super
10   majority.  And I report to the Board of
11   Governors of this partnership, slash,
12   joint venture.
13   Q.      But each governor represents a
14   single club?
15   A.      Each governor is appointed on
16   behalf of a single club, but each is one
17   of 30 in terms of the governance of this
18   joint venture.
19   Q.      Now, can you explain what the
20   duties of the commissioner are?
21   MR. GOLDFEIN:  Object to the
22   form of the question.
23   THE WITNESS:  I mean, I think if
24   you look at the constitution article six,
25   it lays all of the duties.  You know,
```

21

```
1    as -- aa an offhanded matter, the fact is
2    I'm in chargo of running tho leaguo on a
3    day-ta-day baais, aubject to the advice
4    and consent as oppropriate of the Boaed
5    of Gavernors.  We -- we hire and fire snd
6    schedule the officials.  We negotiate
7    league-wide agreementa whether ar not
8    they're collective-bargaining agreementa
9    either with the Players' Association or
10   the Officials Union.  We negotiate
11   league-wide contratts whether it's
12   through NHL Enterprises for advertiaing
13   and sponsorship and licensing.  We
14   negotiate national television agreements.
15   We onforce league rules and -- I don't
16   know, you need more than that?  That'a
17   the thumbnail.
18   BY MR. DIVER:
19   Q.       When you soy you hire and fire,
20   you mean you hire and fice employeea af
21   the league --
22   A.       I was talking about --
23   Q.       -- and league entities --
24   A.       -- yes, but also the officials.
25   Q.       And the officials.
```

22

```
1    A.       The -- the ones that afficiote
2    the games.
3    Q.       Who --who are the --
4    A.       And we do the league schedule as
5    weli.
6    Q.       But you don't hire and fire
7    employees of indlvidual clubs?
8    A.       No.
9    Q.       You have -- you have no aay in
10   that?
11   A.       Oecasionally we discipline them
12   but we don't hire and fire them.
13   Q.       Now, who -- who makes the on-ice
14   rules?
15            MR. GOLDFEIN:  Object to the
16   form of the question.
17            THE WITNESS:  Do you mean --
16            MR. GOLDFEIN:  It'o --
19   BY MR. DIVER:
20   Q.       Do you have a rale in the making
21   of on-ice rules?
22            MR. GOLDFEIN:  Again, I'll
23   object to the form of the qwestion.
24            THE WITNESS:  Let me try ta
25   answer what I think you're asking becauae
```

23

```
1    I'm not sure the question is targeted
2    right.
3            There -- there are a body --
4    you're talking about the playing rules, I
5    assume?
6    BY MR. DIVER:
7    Q.       Um-hmm.
8    A.       There arc a body of rules
9    tontained in the rule book.  To amend the
10   rules or change them requires two-thirds
11   vote of the Board of Governors.  We have
12   a series of processes that we go through
13   which include general managers reviewing
14   possible rule chonges.  We have o
15   competition committee under the
16   collective-bargaining agreement, under
17   which o committee of managers with an
18   owner and players get together and talk
19   about rule changes as well and they're
20   invalved in the process.
21            I'm involved in all of those
22   meetings.  Do I actually have a vote an
23   rules, unless I'm actually sitting on the
24   competition committee, I don't have a
25   vote.  It's really the Board of Governors
```

24

```
1    that vote for the rule changes or not.
2    And that, again, they do by a two-thirds
3    vote.  It's one of thase things becauae
4    if it's important it requires a super
5    majority.  And, by the way, if you try to
6    change a rule in the middle of the season
7    for that season it requires a unanimous
8    vote.  So you don't see that very often.
9    Q.       I see.  I see.  Now, is --
10   changes to bylaws, again, that is
11   something thot's done by the Board of
12   Governors?
13   A.       That's correct.
14   Q.       And you don't have a vote in
15   that?
16   A.       No, I den't.
17   Q.       And --
18   A.       By the way, among my other
19   duties I chair the meetings with the
20   Board of Governors.  Sa as the list of
21   things that I do, that's probably one
22   that I left out thot l should've
23   included.
24   Q.       I see.  And the same for
25   canstltutianol changes?
```

25

```
1    A.       Correct.
2    Q.       Now, do you have a role in
3    interpreting the rules?
4    A.       Yes, I do.
5    Q.       Do you issue formal
6    interpretations?
7              MR. GOLDFEIN:  I'm -- I'm gonna
8    object.  I'm sorry.  I'm going to object
9    to the form of the question because when
10   you talk about the rules, are you talking
11   about the playing rules?
12             MR. DIVER:  Well, he was about
13   to answer it.
14             THE WITNESS:  Well, I was about
15   to say that, yes, but, the fact of the
16   matter is if -- if as a practical matter
17   the officials on the ice interpret the
18   rules.  But, yes, I -- I am responsible
19   for interpreting rules, for resolving
20   disputes between clubs.  I'm responsible
21   for interpreting the constitution of
22   bylaws and other resolutions as they may
23   be applied.  So that is within my duties
24   as well.  But as I said, if you wanted
25   the comprehensive list I would refer you
```

26

```
1    to article six of the constitution.
2    BY MR. DIVER:
3    Q.       And -- and have you, in fact,
4    issued formal interpretations of bylaws
5    and constitutional provisions?
6    A.       I suppose from time to time,
7    either directly or because there's a
8    dispute that needs to be resolved, which
9    by implication would require me to
10   interpret something.
11   Q.       Now, your -- can your duties be
12   changed by the Board of Governors?
13   A.       Yeah, they can, I suppose.  We
14   -- we -- I have not seen that.  Whether
15   or not that would be a breach of my
16   contract is something I've never focused
17   on.  But I -- I believe that the board
18   has the authority on a macro basis to do
19   that.
20   Q.       And it's the board who decides
21   whether to keep you on?
22   A.       Yes.  Well, what typieally
23   happens is I have a term and then they
24   decide to extend it, which they --
25   they've done a number of times.  That's
```

27

```
1    how we got or get to 21.
2    Q.       Okay.  Now, I want to talk about
3    the -- the league itself now.
4             The National Hockey League is an
5    unincorporated association --
6    A.       Correct.
7    Q.       -- is that correct?
8             And it is not for profit; is
9    that correct?
10   A.       Well, as -- as a structural and
11   tax matter it's set up that way so that
12   there aren't multiple layers of tax.  The
13   NHL as such is really a pass-through
14   economic link to the clubs that
15   constitute the joint venture.
16   Q.       I see.  So when it's -- it's an
17   unincorporated association of the clubs?
18   A.       Yes.
19   Q.       And so if the -- if the league
20   obtains profits those are passed --
21   A.       They're -- they're really the
22   clubs' profits.
23   Q.       And the clubs are for-profit
24   entities?
25   A.       Theoretically.  They try --
```

28

```
1    Q.       And --
2    A.       -- they try to be sometimes with
3    not a level of success that would make
4    all of them more else happy.
5    Q.       But -- but -- but -- but that is
6    their aim to earn a profit?
7    A.       And to win the Stanley Cup.
8    Q.       And to win the Stanley Cup.
9             Now, you said there are 30
10   clubs?
11   A.       Presently.
12   Q.       And -- and -- and there are --
13   and each club has an equal say, correct,
14   on the Board of Governors?
15   A.       Each -- each club is entitled to
16   a representative who sits on the board
17   and they -- each club is entitled to one
18   vote out of the 30.
19   Q.       Okay.  How many of those clubs
20   are in the United States currently?
21   A.       Twenty-three.
22   Q.       How many clubs were there in the
23   league when you started as commissioner?
24   A.       Well, there -- there were 24
25   although the day before I was elected
```

29

```
 1    commissioner the board had a vote to
 2    expand to south Florida and Anaheim.  So
 3    those teams hadn't started playing yet
 4    but they were voted in to be the 25th and
 5    26th teams.
 6    Q.        And you said that was the day
 7    before what, the day before you were?
 8    A.    Elected.
 9    Q.    Elected.  So the day before --
10    A.    It was.
11    Q.    -- December?
12    A.    It was -- maybe it was December
13    6th, 7th, somewhere around then, 1992.
14    Q.    Did you have any input on that
15    expansion?
16    A.    No.
17    Q.    And it has expanded from the 26?
18    A.    To 30.
19    Q.    To 30?
20    A.    Yes.  We went through a phase of
21    four expansions in the late nineties.
22               - - -
23         (Peter Leckman joined the
24    conference room.)
25               - - -
```

30

```
 1    BY MR. DIVER:
 2    Q.        And why was the NHL expanded?
 3    A.        As a general matter of, you
 4    expand when there's increase interest in
 5    having NHL hockey in a particular locale
 6    and there's a somebody who wants to own a
 7    team and there's a facility that's
 8    suitable and you conclude that the market
 9    can hopefully support the franchise.
10               Can we introduce our new friend?
11               MR. LECKMAN:  Oh, sorry.  Peter
12    Leckman.  I work with Ned Diver.
13               THE WITNESS:  Oh, welcome.
14               MR. LECKMAN:  I apologize for
15    being late.
16               THE WITNESS:  No, no.  That's
17    quite all right.  I just -- I wanted to
18    make sure somebody here knew you.
19    BY MR. DIVER:
20    Q.        Now, are there currently people
21    who have interest in -- in starting new
22    NHL clubs who have expressed interest to
23    you?
24               MR. GOLDFEIN:  We're -- this is
25    sensitive business information and
```

31

```
 1    outside the scope of the case.  So, he
 2    can answer yes or no but I am going to
 3    limit what he -- what he's going to
 4    testify in this area to.  So you can ask
 5    your questions.  We will see how far
 6    we'll allow you to go.
 7               MR. DIVER:  I -- I don't
 8    understand why -- I mean, this is
 9    obviously a confidential area and you're
10    entitled to mark it as highly
11    confidential.
12               MR. GOLDFEIN:  Well, we are
13    going to mark the deposition as highly
14    confidential, but nonetheless it's -- the
15    judge's rule say things which are clearly
16    irrelevant are not proper subject for
17    inquiry.
18               THE WITNESS:  Without opining on
19    the relevance, which I'll leave to my
20    counsel, I'm certainly happy to tell you
21    that which I've said publically.  Namely,
22    we've received expressions of interest
23    from a number of different people and
24    places.
25    BY MR. DIVER:
```

32

```
 1    Q.        Now, are there currently cities
 2    that you think would be, as you've
 3    described, I -- I'm not sure exactly the
 4    wording you used, markets that could
 5    support a National Hockey League team?
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25               MR. GOLDFEIN:  Object to the
```



33

1  form of the question.



15  BY MR. DIVER:
16  Q.      Did you do any preliminary plan
17  B type analysis?



25  Q.       Now, is there any reason that

34

1  you know of -- and I don't -- I don't
2  want to -- this is not -- I'm not trying
3  to figure out their future plans here,
4  but this is relevant to the economics of
5  this case so I -- I --
6          MR. GOLDFEIN:  If you can
7  articulate the relevance then perhaps
8  I'll have a better understanding --
9          MR. DIVER:  Well -- well, we'll
10  see.
11  BY MR. DIVER:



35



36



37



```
7    Q.       Now, how do you determine what
8    the right number of teams is for the
9    National Hockey League?
10   A.       Like -- like so many things that
11   we have to do, not just on the ice but
12   off the ice, you have to make business
13   judgment.  The board has to make a
14   business judgment.  If -- if your teams
15   are doing well, if -- if you think
16   there's enough talent.  If you think
17   there's enough interest, and then as you
18   get more market specific you look at
19   three vital criteria.  One is whether or
20   not there's a suitable arena.  Two,
21   whether or not you think the market can
22   sustain a franchise.  And three, who the
23   ownership is.  An ownership is -- is --
24   is a multi-prime analysis.  It's somebody
25   obviously has to have the financial
```

38

```
1    wherewithal to support a franchise, but
2    you also want to be comfortable.  And
3    this is, again, not my decision this is a
4    decision the board makes.  Is the owner
5    somebody who you think would be a good
6    partner in the joint venture?
7    Q.       Now, has the league determined
8    that 30 is the right number of -- of
9    teams for the NHL?
10   A.       Well, 30 is the number.  And
11   that's what we're living with.  So there
12   isn't a consensus to change the status
13   quo one way or the other.
14   Q.       Now, have they conducted any
15   analysis of the economic effect of having
16   32 teams or 28 teams?
17   A.       No.
18   Q.       No.
19   A.       The only -- the -- when you say
20   analysis, to be perfectly accurate, and I
21   am not sure that I would call this an
22   analysis,
23
24
25
```

39





40



41



15  Q.      And -- and why not?
16  A.      Because part of whot we think
17  makes a sports leagues strong and
18  interesting is the integrity of the
19  competition.  You know, while -- while
20  we're joint venturists from a business
21  standpoint, the fact is on the ice when
22  it comes to winning, making the playoffs,
23  winning the Stanley Cup, that's where the
24  competition comea in.  And -- and leaving
25  teams in that regard to their own devices

42

1  within the rules to try and compete and
2  win is what makes our season interesting
3  and exciting and entertaining.
4  Q.      And you don't think that
5  combining tho clubs as -- as a business
6  matter would allow you to preaerve that?
7  A.      Well, we do combine the clubs as
8  a business matter.  We're a lawful joint
9  venture and we do lots of things
10  together.  I think as the time and -- and
11  the law continues to evolve on this, you
12  know, viewing this as -- as a simple
13  undisputablo, undisputable by others,
14  single entlty might make life a little
15  bit easier.  We think it's a practical
16  matter.  We really are because we ate a
17  lawful joint venture, but the structure
18  we have now is the one that we think
19  makes the most sense.
20  Q.      And what is the benefit of
21  having a team separately owned and
22  getting separate profits and -- and
23  separate losses?
24  A.      As -- as I said --
25          MR. GOLDFEIN:  Object to the

43

1  fotm of the question.
2          It's asked and answered.
3          THE WITNESS:  I did, but I'll do
4  it again.  If -- if it -- as I
5  said, from a business standpoint we are a
6  lawful joint venture and, in fact,
7  conducting the league and the league's
8  business is something that no one team
9  ean do alone, okay.  You -- if you are
10  -- pick a club, the New York Rangers,
11  you need other teams to play against.
12  You need a league schedule, you need an
13  integrity of -- of the season and the
14  rules.
15          The fact is, having competition
16  on the ico, you know, whose got the best
17  coach, wha puts the best player chemistry
18  out there, who has the best strategies.
19  That's how you determine who's going to
20  win and that's what wa gauge as fans.
21          From a business standpoint we've
22  tried to create the right balance between
23  what the clubs aro best able to -- to --
24  to exploit from a business standpoint in
25  their local areas and what we need to do

44

1  nationally so that we can be an effective
2  eompetitor in the sports and
3  ontertainment marketplace.
4  BY MR. DIVER:
5  Q.      Now, turn -- turning to that
6  issue.  The league enters into agreements
7  for national broadcasting games, correct?
8  A.      Yes.
9  Q.      And they do so both in the
10  United States and Canada, eorrest?
11  A.      Yes.
12  Q.      Now, when you began as
13  commiasioner did the NHL have national
14  broadcastlng contracts?
15  A.      Modestly.
16  Q.      And -- and -- and with whom dld
17  they have --
18  A.      Thete wos there wos on --
19  Q.      -- those contracts?
20  A.      There -- well, inltially, there
21  was an agreement in the United Stotes
22  with ESPN.  Thare was no over-the-air
23  orrangement, it was a cable deal.  And in
24  Canada, 1 believe the atructure of the
25  deal when I took over was the league had

45

```
1    sold its rights to Molson.  And Molson
2    then sublicensed to the CBC for Hockey
3    Night in Canada.
4    Q.      And Hockey Night in Canada at
5    that time was the only national broadcast
6    in Canada?
7    A.      I'm trying to -- TSN was
8    probably in business as well, the cable
9    -- Canada's equivalent to ESPN, which, in
10   fact, ESPN I think owns a third of.
11   Q.      Now, focusing on the United
12   States far now, do you recall about how
13   many games were broadcast on ESPN?
14   A.      Well, a couple of games a week.
15   They -- they went to more when ESPN-2
16   started.  It -- it was -- it was an
17   agreement that had been entered into I
18   think a year or so before I got to the
19   league.  The league had been on Sports
20   Channel America and basically had no
21   national exposure because I don't even
22   think Sports Channel America was in six
23   million homes.  And they went to ESPN a
24   game of the week, maybe more.  And then
25   they were on ESPN-2 limitlessly.  In
```

46

```
1    facts, ESPN-2 was built on the NHL's
2    back, but it -- it was a restricted
3    contract because, if I remember
4    correctly, in the 1994 Stanley Cup final,
5    when the Rangers were playing Vancouver,
6    the game was actually blacked out in New
7    York on ESPN so that it could be carried
8    on the MSG Network.
9    Q.      Now, when you became the
10   commissioner did you make it a priority
11   ta increase the number of nationally
12   televised NHL games?
13   A.      It was one of the things I was
14   extraordinarily concerned about.  And I
15   believed that if the league had any
16   future, we needed greater national
17   exposure.  We needed greater national
18   coverage on platforms that we weren't on
19   because if, to give you an example, there
20   were people who were not able to watch
21   NHL hockey like even in the playoffs,
22   historically.  And we needed greater
23   exposure.  Because if you looked at who
24   we were competing with, whether or not it
25   was the NFL, the NBA, or Major League
```

47

```
1    Baseball, they all had more extensive
2    national coverage than we did.  And
3    finding a niche, finding a place in the
4    schedule, finding a platform that we
5    could be carried on wasn't so easy.
6    Q.      Now, why was it so important to
7    the league to -- to be on national TV
8    particularly?
9    A.      Because your status as a
10   national sport is severely compromised if
11   you don't have a national platform.
12   Q.      Why is that?
13   A.      Because you're not getting the
14   national attention, coverage, prominence.
15   It's as much as it is exposure it's also
16   branding.  If -- if -- if you're a major
17   league sport you need major league
18   coverage.  I mean, look -- look at the
19   coverage the NFL gets.  I mean, nobody in
20   sports, or entertainment for that matter,
21   gets that level of coverage.  That's
22   what's helped make them as strong as they
23   are.
24   Q.      Now, you -- you've mentioned
25   branding, exposure, promotion.  Am -- am
```

48

```
1    I correct to say that the primary reason
2    is -- is that kind of professional aspett
3    of -- of the coverage, not because it's
4    in and of itself so lucrative?
5    A.      Well, it wasn't lucrative for us
6    relative to the other sports.  I mean, a
7    good example if you -- if you look at
8    what Major League Soccer is going
9    through.  They don't have major national
10   exposure and that's helping keep them
11   from the next level.  It's -- it's --
12   what you're trying to do is isalate one
13   factor as we're going through this
14   analysis, and it's a whole series of
15   things that -- that determine what you
16   need to do.  It's -- it's a balancing
17   act.
18   Q.      Now, I would like to -- before I
19   got to this document I want -- I want to
20   move this discussion a little bit from --
21   from the 1990s into the 21st Century.
22   A.      That's quite a leap.
23   Q.      Now, since the last, I want to
24   say last lockout but it's not the last
25   lockout, since the 2004-05 lockout, what
```

49

```
 1   have the leegues' national contracts in
 2   the United States, who have they been
 3   with?
 4          MR. GOLDFEIN:  Object to the
 5   form of the question.
 6          THE WITNESS:  Well, when coming
 7   out of two lockouts ago, we had -- going
 8   into the lockout we didn't have an
 9   over-the-air deal.  And I believe we had
10   made a deal with NBC on a profit sharing.
11   no rights get -- guarantee basis for the
12   exposure.  And ESPN going into the
13   lockout had an option because of the
14   lockout in the lost season, to extend us
15   either for a year or two, and I think
16   $60 million.  When we came out of the
17   lockout, ESPN declined to exercise the
18   option.  They said they wanted to -- us
19   to take less, and we declined that
20   invitation.  I then made a deal, an
21   agreement, with what was then OLN, the
22   Outdoor Life Network which was owned by
23   Comcast, which then morphed into Versus
24   and those agreements basically ran side
25   by side, the NBC sharing agreement and
```

50

```
 1   the Comcast ownership of them.  And then
 2   the OLN/Comcast agreement.  And then aa,
 3   I won't say I was a visionary on this
 4   because 1 wasn't, as luck would have it,
 5   Comcast and NBC Universal got together
 6   and we were able to two-and-a-helf years
 7   ago negotiate a new cable and
 8   over-the-air national deal, which for us
 9   was at an unprecedented level with NBC
10   SportsNet and NBC as one package.  And
11   that's the deal that we currently have in
12   effect for the exposure oI our game.
13   BY MR. DIVER:
14      Q.       And you said that's not becauae
15   you were a visionary.  You told Brian
16   Roberts that he had to by NBC to do it?
17      A.       We, you know, what do they say,
18   timing and luck.
19      Q.       Okay.
20      A.       I think I'm going to need my
21   glasses.
22      Q.       Marking as Bettman Exhibit-1.
23               -  -  -
24              (Whereupon Bettman-1, NHL
25   Broadcasting, U.S. TV Over the Air
```

51

```
 1   Rights, NBC Summary, wos marked for
 2   identiIlcation.)
 3               -  -  -
 4   BY MR. DIVER:
 5      Q.       This is a document entitled:
 6   NHL Broadcasting, U.S. TV Over the Air
 7   Rights, NBC Summary.
 8              The first page Bates No.
 9   NHL696521.  Do you reeognize this
10   doeument?
11      A.       No.  I moan, I can guess as to
12   what it is.  And based on the caption on
13   the bottom right hand, it probably was in
14   our budget-review process.  When we get
15   our budgets approved, that's something
16   else that we present to the board for
17   league operations and that has to be
18   approved.  But I don't remember in
19   particular seeing this document.  I mean,
20   there's nathing on it that surprises me,
21   but, again, I'm not your best source for
22   authenticating this.
23      Q.       Okay.  Now, on -- on the second
24   page there's a chart, spreadsheet?
25      A.       Um-hmm.
```

52

```
 1      Q.       Focusing on the third line from
 2   the bottom.
 3      A.       Third line from?
 4      Q.       From the bottom.  Net profit.
 5   And this is showing the revenues, am I
 6   right, Irom -- frem fiseal year 2006,
 7   2007, 2008 which might be an estimate?
 8      A.       Um-humm, yes.
 9
10
11
12
13
```



```
14   I believe we did better than this.  But,
15   again, this isn't -- this isn't
16   reflective backwards.  This is a
17   projection.  I'm assuming -- again, I am
18   making an educated guess, which I know
19   you're not supposed to do when you're
20   having your deposition raken, but I'm
21   rrying to be helpful.
22      Q.       If you look at the bottom of the
23   page.
24      A.       Yea.
25      Q.       It has a dato on it.
```

53

```
 1   A.      That would be May 2, 2007, which
 2   is about the timeline that we do our
 3   budgets.
 4   Q.      Okay.  So this would be about
 5   the end of tha fiscal year for 2007,
 6   corract?
 7   A.      Yeah, I guess so.
 8   Q.      So it -- it would likely be a
 9   pretty accurate refleotion --
10           MR. GOLDFEIN:  Objection to tha
11   form of the question.
12           THE WITNESS:  Again, I -- I
13   don't know that.
14   BY MR. DIVER:
15   Q.      Okay.  Okay.  All right.  Now,
16   did -- did the NHL make any money in the
17   -- in the first year of its -- of its NBC
18   broadcast contract?
19           MR. GOLDFEIN:  Object co the
20   form of the question.
21           THE WITNESS:  I don't tecoll.
22   BY MR. DIVER:
23   Q.      You don't recall.
24   A.      If -- if this is accurate then
25   tha answer is no, but I don't rocali.
```

54

```
 1   Maybe a vague recollection that we
 2   didn't.  At some point in time, and 1
 3   can't tell you what year, I know we
 4   started making money on it.
 5   Q.      But you don't recall when it
 6   was?
 7   A.      No, but obviously that's
 8   something that we could find out.
 9   Q.      Now, if you had known when yeu
10   entered into this contract with NBC which
11   you said was a revenue-sharing
12   arrangement?
13   A.      Yes.
```



```
18           MR. GOLDFEIN:  Object to the
19   form of the question.
20           It's calling for speculation.
```



55

```
 1   BY MR. DIVER:
 2   Q.      It was important enough to
 3   provide tha content for free?
 4           MR. GOLDFEIN:  Object to the
 5   form of the question.
 6           THE WITNESS:  Well, I'm not
 7   sura --
 8           MR. GOLDFEIN:  That's a
 9   mischaracterization of tha document, the
10   record.
11           THE WITNESS:  Well, it's also a
12   mischarscterization of -- of the facts of
13   being when you say for free.  Obviously,
14   getting promotion from the NBC Netwotk
15   and having games on a national platform
16   that made us look like a major league
17   sport was important.  You know, chat's
18   why people pay $4 million for a 30 second
19   advertisement on the Super Bowl.  They
20   think it's important to have that level
21   of exposure on that kind of platform.
22   BY MR. DIVER:
23   Q.      Now, you mentioned the currant
24   arrangement with NBC and it's NBC
25   Universal, the -- the current contract?
```

56

```
 1           MR. GOLDFEIN:  Object to tha
 2   form of the question.
 3           THE WITNESS:  I think
 4   technically it's with NBC Sports.
 5   BY MR. DIVER:
 6   Q.      NBC Sports.
 7   A.      Which is a division of NBC
 8   Universal.
 9   Q.      And about how many games ara
10   shown on -- on the channels that carry
11   tho games pursuant to this contract?
12           MR. GOLDFEIN:  Object to the
13   form of the question as compound.
14           THE WITNESS:  I don't know the
15   exact count off -- off tha top of my
16   head.  My guess is it's somewhere between
17   the network, and when I say tha network I
18   am talking about NBC Broadcast and NBC
19   Sports Network cable, somewhere
20   approaching 100, maybe 80 to a hundred
21   uould be my guess.
22   BY MR. DIVER:
23   Q.      In any event, that's a
24   substantial increase over prior
25   concracts?
```

57

```
1    A.      Well, it's been gradually
2    increasing.  Substantial is your term.
3    The numbers are the numbers.
```



```
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

58



```
1
2
3
4
5
6    Q.      Now, before I go on, tell me how
7    blackouts are handled on first the
8    network?  If a game is on the network is
9    it shown on any local television
10   carriers?
11          MR. GOLDFEIN:  Object to the
12   form of the question.
```



```
13
14
15
16
17
18
19
20
21
22
23
24
25
```

59



```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

60



```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

61



62



```
17    Q.      Now, what is the NHL Network?
18    A.      It's a cable channel.
19    Q.      Who owns it?
20    A.      Actually, there are to be
21    precise two NHL Networks.  There's one in
22    Canada and there's one in the U.S. and
23    their programming is largely overlapping
24    but not identical, the choice of games is
25    different.  In Canada, our partner is we
```

63

```
1     own the majority, we being the NHL on
2     behalf of the member clubs, and our
3     partners are TSN, Bell Media and Insight,
4     which is as programming entity up there.
5             In the U.S. Insight and Bell
6     have a piece of the U.S. network but so
7     does Comcast and so does DirecTV, and so
8     does Dish, I think.  And most of that
9     companionship has to do with getting
10    carriage.
11    Q.      So you -- you've given them some
12    equity in the station as part of your
13    deal to --
14    A.      In order --
15    Q.      -- obtain carriage?
16    A.      -- to -- yeah.  And we haven't
17    been overwhelmingly successful because
18    we're probably in about 43 million homes,
19    44.  We haven't been able to crack the
20    code in getting carriage on all of the
21    distributors that we want, you know.
22    Some -- some have us on a pay tier which
23    means we're less widely carried.  So for
24    example, Time Warner and Cable Vision
25    have us on a pay tier so instead of being
```

64

```
1     in 16 million homes like we are on the
2     Comcast system or DirecTV each, we are in
3     hundreds of thousands.  And that's
4     something we've been trying to work hard
5     on, but it's difficult.  It's a very
6     tough, competitive environment out there.
7     Q.      And when you say 43 million,
8     just to --
9     A.      That's the number of homes we're
10    available in.
11    Q.      That's the number of homes who
12    actually subscribe to a package that
13    includes the NHL Network?
14    A.      You -- you have to go to each
15    distributor and see how they package it.
16    Sometimes it gets lumped in on basic,
17    sometimes it gets lumped in on expanded
18    basic, sometimes it's on a pay tier.  And
19    you've got to look because that's a
20    decision --
21    Q.      Right.
22    A.      -- that's made by the
23    distributor --
24    Q.      But if I had a cable company
25    that required me to get -- to -- to -- to
```

65

1 purchase a paid sports tier to get NHL
2 Network, and I didn't, I wouldn't be
3 included in the 43 million?
4 A.     Using your hypothetical, make
5 sure I have it right, is if -- if you
6 were a distributor -- if you were Cable
7 Vision, and you, just take it local, and
8 -- and you wanted the NHL Network, you
9 would have to pay a pay tier.  I'm not
10 sure whether -- what else is on that tier
11 with it, but you wouldn't get it as part
12 of your basic package.  I'm not -- I'm
13 not saying that's good or bad.  That's
14 not a debate for now.  That was just --
15 Q.     No, I -- I'm just trying to
16 understand because it seems to me you
17 might also want to count the number of
18 homes in which a consumer was able to get
19 it by purchasing it.
20 A.     My -- my --
21 Q.     That would be your -- that's not
22 your number?
23 A.     My number is the number of homes
24 where you can actually turn it on, push
25 the buttons and see it, without doing

66

1 anything else.
2 Q.     And --and do you keep track of
3 -- of the availability number as --
4 A.     Yes.
5 Q.     -- and what's -- what's --
6 A.     It's about 43 million.
7 Q.     I mean, do you keep track of the
8 number of homes that are -- the number of
9 consumers for which NHL Network is
10 carried in their area whether or not they
11 get it?
12        MR. GOLDFEIN:  Object to the
13 form of the question.
14        THE WITNESS:  Well, we -- we
15 kind of have a broad sense.  In other
16 words, Cable Vision has three to four
17 million homes, Time Warner has, I don't
18 know, 12, 14 million homes, and we are
19 not widely distributed.  Charter, not to
20 pick on those, but Charter is another
21 one that I don't think carries us all
22 that widely.  And we're not carried on
23 the -- the -- I think Comcast has a tier
24 more broadly distributed than the one we
25 are on.  And DirecTV has a tier that's

67

1 more broadly distributed than the one
2 we're on.
3 BY MR. DIVER:
4 Q.     Are there any major cable
5 companies that you know of that don't
6 offer the NHL Network at all?
7 A.     I think At&T doesn't anymore,
8 you know, they're -- they're Verizon --
9 no, no, Verizon does.  Some -- the AT&
10 somebody just cut us out, maybe it's
11 At&T.
12 Q.     But broadly speaking, most pay
13 TV --
14 A.     Well, it's not broadly speaking
15 because if you look at the NFL Network,
16 if you look at the NBA Network and you
17 look at MLB's Network, they're all in far
18 more many homes, like tens of millions
19 more than we were.
20 Q.     Okay.  Now, about how many games
21 does the NHL Network show in the United
22 States, live games?
23        MR. GOLDFEIN:  Object to the
24 form.
25        Could you repeat that or read it

68

1 back, sorry.
2        (Court reporter read the
3 question back.)
4        THE WITNESS:  I don't have the
5 exact count.  I'm -- I'm gonna give you
6 an educated guess.  It's somewhere in the
7 ballpark of 60.  The -- the -- the
8 principal driving force behind the NHL
9 Network programming is really the shows
10 we do on nights where -- where ball
11 games are played and we show highlights.
12 Okay, NHL Tonight, NHL on the Fly.
13 BY MR. DIVER:
14 Q.     Now, if a game is blacked out on
15 the NHL Network because it involves the
16 local team, does the network show a
17 different game?
18 A.     Sometimes, depends on cost.
19 Sometimes it doesn't -- it's not most
20 justifiable for us to do that.  Sometimes
21 we go blank, sometimes we put in other
22 programming, you know, over-the-shoulder
23 programming, depends on circumstance and
24 budgeting.  It's not unlimited.
25 Q.     But between the NHL Network and

69

```
1    the NBC contracts, by your ballpark,
2    there's about 160 games on national
3    television in o season?
4    A.       Yeah, that would be a good
5    bellpark guess.  And we're talking
6    strictly U.S.
7    Q.       Right.  And now the -- is the --
8    does the NHL Network show games on the
9    samo night that NBC's showing a gamo on
10   its  channels?
11   A.       Well, we're talking regular
12   season.
13   Q.       Regular season.
14   A.       During -- during the playoffs
15   different story possibly.  But, no, if
16   NBC is we wouldn't be showing the game at
17   the same time.
18   Q.       But between the two there would
19   be at least one game available most
20   nights of the week?
21   A.       Not necessarily.
22   Q.       If there were 160, I could do
23   the math.
24   A.       Maybe.  Well, some -- some days
25   we have double headers.
```

70

```
1    Q.       Now, let me turn briefly to the
2    contract that was recently announced for
3    Canadion broadcast.
4    A.       Okay.
5                 - - -
6              (Whereupon, a discussion was
7    held off tho record.(
8                 - - -
9              (Whereupon, Bettman-2, NHL.com
10   printout, was marked for identifieation.(
11                - - -
12   BY MR. DIVER:
13   Q.       Bettman Exhibit-2 is --
14   A.       Thank you.
15   Q.       -- is something I -- I've
16   downloaded from the NHL.eom website.
17   A.       Okay.
18   Q.       Beeouse this was recent and --
19   and I want to understand how this
20   contract works.
21   A.       You will -- you will, I assume,
22   either concede or understand that there
23   are differenees between the Canadian and
24   the U.S. television marketplacoo?
25   Q.       I think that there is a
```

71

```
1    differenee between United States ond
2    Canada, but I also think that -- that
3    this -- this is relevant to the case.
4    A.       I'm not disputing its relevance,
5    I just want to make sure there's no
6    confusion that a country of 30 million
7    people with less television and media
8    outlets, which happen to be government
9    regulated, where one of the key
10   broadcasters happens to be a public
11   broadcaster isn't exactly the same way
12   the U.S. marketplace functions.
13   Q.       That's --
14   A.       And we also have to deal with
15   the fact that whatever our role and lot
16   in life is in the United States, in
17   Canada we are in a completely different
18   ploce in terms of our strength in the
19   marketplace.  Now, with all those caveats
20   let's go.
21   Q.       All right, sure.  I -- I -- I
22   would -- I would think that would be
23   apparent from the -- from the dollar
24   figures that are represented in this
25   document.
```

72

```
1              MR. GOLDFEIN:  Object to the
2    form of the question and the commentary.
3              THE WITNESS:  I don't think that
4    was a question, Shep.
5              MR. GOLDFEIN:  I dcn't think so
6    either.
7              MR. DIVER:  I'm trying to --
8              MR. GDLDFEIN:  He's here to ask
9    questions.
10   BY MR. DIVER:
11   Q.       -- I'm trying to express my
12   understanding at this point.
13              Now, what -- first -- first of
14   all, does -- does this expand the number
15   of games that are available nationally in
16   Canada?
17   A.       It -- it's -- we -- we've used a
18   slightly different model.  So the answer
19   is probably but not necessarily in the
20
21
22
23
24
25
```



73



5    So that's one of the
6  things that's being considered.  The
7  second is on Saturday nights, again,
8  historically and the longest running
9  television series I believe in the
10 history of television is Hockey Night in
11 Canada.  It's over 60 years continuous.
12 And it's carried on a public broadcaster
13 whose platforms and assets are not quite
14 as evolved as a private broadcaster, like
15 either Bell or Rogers in Canada, or like
16 Comcast or Timer Warner and Cable Vision
17 in the States.  Historically, if you,
18 depending on where you are on Saturday
19 night, you would get a regionalized game.
20 So just by way of example, if Toronto had
21 a game on Saturday night, which they
22 typically do for hockey night, that game
23 would be broadcast in Ontario and
24 probably west in the early slot.  If
25 Montreal was playing at the same time in

74

1  addition to putting that game on in
2  French, which is a whole other different
3  set of issues, they would likely be
4  televised in Quebec and in the Maritimes.



75

3    Q.    And about how many games are --
4  are --
5    A.    That all depends on the
6  schedule.  Saturday nights generally are
7  a pretty busy night.  Now, at the same
8  time because it -- it -- it will probably
9  compromise the outer market package,
10 because you're gonna be able to get these
11 games now.  You -- you pull one thing it



18   Q.    Now, first, Rodgers is what; a
19 cable company, a television -- explain
20 what Rodgers is.
21   A.    It's a media company.
22   Q.    It's a media company.  Does it
23 -- does it have cable?
24   A.    It -- it -- it has -- it has TV
25 channels, cable and over the air.  It has

76

1  publishing.  It has mobility.  It has
2  also cable outlets.
3    Q.    So I might subscribe to Rogers
4  cable?
5    A.    You might have a cell phone, you
6  know, and -- yes.
7    Q.    All of those things?
8    A.    Yes.  And you might buy their
9  magazines to read.
10   Q.    But their -- their channels are
11 not carried only on Rogers cable systems,
12 they're carried on other cable systems?
13   A.    Yeah, that's probably true.



77

```
1
2
3
4
5   BY MR. DIVER:
6   Q.      Now, this document I believe
7   talks about there being an exclusive for
8   Rogers on -- and I will draw your
9   attention to where I see it on the page,
10  about the middle where it's -- the
11  paragraph begins:  The agreement also
12  guarantees.  Okay.
13  A.      Well, the -- the -- the answer
14  on this is I don't think I've ever read
15  this article even though it was on
16  NHL.com.  If you have questions about the
17  agreement you're better off asking me
18  than relying on a media report.
19  Q.      Well, I'm -- I'm -- I'm just --
20  I'm -- I'm just -- that's what I'm trying
21  to do.
22  A.      Okay.  So then let's -- then
23  let's ask me about the agreement.
24  Q.      Okay.
25  A.      You know, by the way, Dan Rosen
```



78

```
1   is talented, he works for us on NHL.com
2   but it -- it's a media report so let's,
3   you know.
4   Q.      Well, just to clarify what --
5   what Mr. Rosen said in that first
6   sentence.  It -- he says the agreement
7   guarantees there will be no further
8   regionalization of games --
9   A.      That's the --
10  Q.      -- or blackouts?
11  A.      -- example I just gave you on
12  hockey night.
13  Q.      Okay.  And that -- and -- and --
14  and by that, I -- I just as to clarify
15  here, that means the set of games on
16  hockey night say that Rodgers is carrying
17  will not be blocked -- blacked out in any
18  regions, they'll be carried nationwide --
19
20
21
22
23
24
25
```

79

```
1   lives, grandparents, the children to
2   grandchildren sit around the TV.  They've
3   been doing it for 60 years watching
4   Hockey Night in Canada.  It is -- it is
5   as much a cultural institution as
6   anything else.  So what we decided to do
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



80

```
1
2
3
4
5
6
7
8
9
10
11  Q.      Now, my -- this -- this states
12  and my understanding is, correct me if
13  I'm wrong, that Rodgers has exclusivity
14  not just on Saturday night but also on
15  Sunday and Wednesday nights --
16
17
18
19
20
21
22
23
24
25
```



81

```
 1    Q.      So when this says:  Rodgers has
 2    three exclusive windows to broadcast any
 3    game involving a Canadian team --
 4    A.      Yeah, that's -- so they have
 5    Saturday night.  But we -- we had the
 6    Wednesday night window on TSN which they
 7    -- now they're talking about doing Sunday
 8    night.
 9    Q.      And -- and if there were two
10    different games involving Canadian teams
11    on Sunday nights they would both be on
12    Rogers or --
13    A.      Or they -- or we wouldn't
14    schedule that.
15    Q.      Or you wouldn't schedule it.
16    But a -- but a regional sports net --
17    A.      Wouldn't be --
18    Q.      -- TSN wouldn't be --
19    A.      If we're giving them -- if you
20    have an exclusive window as opposed to an
21    exclusive game, then that window is
22    protected.
23    Q.      So the RSNs just gets the other
24    four nights of the week --
25    A.      Yeah, or --
```

82

```
 1    Q.      -- to carry --
 2    A.      -- or a different -- a different
 3    time slot.  In other words, you might
 4    want to go on Sunday afternoon, or if
 5    they're doing a Sunday night game eastern
 6    seven o'clock you may be the west coast
 7    game at 10 o'clock.
 8    Q.      Now, explain to me, it says that
 9    Rodgers has been granted the right to
10    Center Ice and GameCenter Live as well?
11    A.      Correct.
12    Q.      Just quickly, Center Ice in
13    Canada does that operate the same way as
14    it operates in the United States?
15
16
17                      
18
19
20
21    Q.      But it operates the same, same
22    fashion?
23    A.      Basically.
24    Q.      And GameCenter Live same, same
25    way?
```

83

```
 1    A.      Same thing.
 2    Q.      So Rodgers will operate NHL
 3    Center Ice and GameCenter Live?
 4    A.      Um-hmm.
 5    Q.      Will they be free to sell NHL
 6    Center Ice on any terms it wants or is it
 7    constrained by --
 8
 9
10
11
12                      
13
14
15
16
17
18
19
20
21
22    Q.      Now, is Rodgers free to set the
23    price of -- of Center Ice?
24
25
```

84

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12    Q.      And how would that operate,
13    where -- where Rodgers --
14
15
16
17
18
19
20    Q.      So if Rodgers has, what, five
21    Canadian teams?
22
23
24
25
```

Q. Those teams' games that are carried on -- on Rodgers SportsNet?

A. They could -- they could move within those areas, yes.





Q. Okay. Now, does this deal contemplate any kind of in-market streaming availability?

Q. Explain --

A. What I just said?

Q. -- what you just said.





89



```
10          MR. DIVER:  This is a good time
11   to take a break.
12          THE WITNESS:  If you'd like.
13          The VIDEOGRAPHER:  The time is
14   10:54.  We are off the record.
15                - - -
16          (Whereupon, a short break was
17   held off the record.)
18                - - -
19          THE VIDEOGRAPHER:  This begins
20   tape No. 2.  The time is 11 o'clock.  We
21   aro back on the record.
22   BY MR. DIVER:
23   Q.     Okay.  Now, even with its
24   expansion of national broadcasting, most
25   games are still shown on local
```

90

```
1    television; is that correct?
2           MR. GOLDFEIN:  Just for
3    reference, after the break, are we in
4    Canada now or here?
5    BY MR. DIVER:
6    Q.     We're back in the United States.
7    A.     Oh, thank you.  Ask the question
8    again please.
9    Q.     I'm sorry.  Thank you.
10          In the United States most games
11   oro still shown on local television?
12   A.     As a general matter I think
13   rhat's right.
14   Q.     Now, is it true that merely
15   every game is now broadcast either by a
16   local partner or by a national
17   broadcaster?
18   A.     That -- that is true, wasn't
19   always the case, but I think that's
20   pretty true now.  Maybe -- maybe a
21   couple, handful of games in the course of
22   the season aren't broadcast but --
23   Q.     A couple of games of a couple of
24   teams or -- or --
25   A.     It -- it -- it -- sometimes
```

91

```
1    based on the schedule and the competing
2    programming on a regional, a regional may
3    decide it's not worth it but at least one
4    feed is available on virtually every
5    game.  But there are some local TV
6    contracts where 1 think the RSN, Regional
7    Sports Network, is only contracted for 60
8    games give or take, 1'm giving you a
9    rough example.  So they may not carry all
10   of the games.  But if your -- but if your
11   question is are most games televised, not
12   necessarily everywhere, but there are
13   probably only a handful of games where we
14   either don't get the visiting and home
15   feed.
16   Q.     And even if there are 60 games
17   televised, that's more than -- rhat's
18   most of the season, correct?
19   A.     Yes.
20   Q.     A regular season?
21   A.     Well, there are 82 games in a
22   regular season.
23   Q.     Right.  And -- some of those
24   games presumably will be broadcast
25   nationally as well?
```

92

```
1    A.     Some, but although my guess is
2    the club where there isn't a commitment
3    to do all of the games, probably isn't
4    going to have lots of games on national
5    TV.
6    Q.     Because the games on national TV
7    tend to be the more popular teams?
8    A.     More attractive games, more
9    popular teams, yes.  Some teams are
10   obviously more populor than others, some
11   teams that we put on national TV do a
12   higher rating than others.
13   Q.     And is the selection of which
14   teams are on national TV made by rhe
15   league or by the broadcaster?
16   A.     We do that in conjunction.
17   Obviously, the league has final say, but
18   that's something we do.  We try to give
19   our broadcasters a slate of games
20   nationally that they are going to find
21   attractive, marketable and that will draw
22   audience.
23   Q.     Now, the fees abtained for the
24   local regional sports network deals in
25   the United Stotes, have they risen or
```

93

1   fallen in recent years?
2   A.      As a general --
3           MR. GOLDFEIN:  Object to the
4   form of the question.
5           THE WITNESS:  As a general
6   matter rights fees for sports,
7   particularly recently, have gone up.
8   BY MR. DIVER:
9   Q.      And that includes for National
10  Hockey League clubs?
11  A.      Yeah, yes, but it's not -- it's
12  not uniform.  I mean, you know, if you're
13  -- if you're not a particularly
14  attractive team, if you're not in a
15  particularly attractive market you may
16  not see your rights fees go up
17  dramatically like some of the others.
18  Q.      Are you aware of any clubs whose
19  rights fees have fallen from a new
20  contract in recent years?
21  A.      Not -- I know a couple of clubs
22  have had more difficult times than others
23  negotiating their new deals.  And, you
24  know, sometimes the way the deal gets
25  structured can mask the economics a

94

1   little bit, sometimes it's a rights fee
2   but the team sells the inventory, other
3   times it's a straight rights fee.  Some
4   clubs have had more difficult times
5   negotiating, but I think as a general
6   matter rights fees are going up.
7   Q.      And --
8   A.      Which is why -- not to cut you
9   off -- which is why we want to create an
10  environment that have always tried, where
11  we get the balance right, so that clubs
12  maintain their attractiveness to their
13  regionals because that's a vital income
14  stream.
15  Q.      Now, was there ever -- I mean,
16  you said the fees have been rising
17  recently.  Was there ever a time in the
18  past when rights were higher than they
19  are now or -- or is this --
20  A.      No, I actually -- I think -- I
21  think live sports programming,
22  particularly for broadcasters and cable
23  operators, is increasingly important.
24  Q.      And why is that?
25  A.      Because in this technical age of

95

1   digital transmission it's the one thing
2   you gotta have live.  Okay.  It's -- it's
3   -- it's the reason that two weeks ago
4   when the Sound of Music was live, even
5   though some critics panned it, I happen
6   to be a Carrie Underwood fan because
7   she's married to a hockey player, but
8   putting that aside, the fact of the
9   matter is everybody is time shifting
10  everything.  They're zapping out
11  commercials, there's -- there's no more
12  point in viewing, you watch what you want
13  when you want where you want it.  Except
14  sports.  Sports is the one thing that
15  really drives live entertainment.  Unless
16  of course you're doing the Sound of Music
17  Live.  Now, what's also interesting of
18  the Sound of Music is they did a replay
19  of it on Saturday night.  And the rating
20  was a fraction of what the live was.
21  Q.      So, but NHL like other live
22  entertainment, that they're -- it's
23  correct to say for the NHL that the
24  demand for its rights are higher now than
25  they've ever been?

96

1   A.      Yeah, but there's lots of
2   reasons for that.
3   Q.      Yeah.
4   A.      You know, part of it is because
5   the environment we're in for sports and
6   part of it is the game and the business
7   of the game have probably never been
8   stronger in the history, almost hundred
9   year history of the game.  Game on the
10  ice has probably never been better, never
11  been more competitive.  The product has
12  never been more entertaining or exciting.
13  All of that goes into the factoring of
14  what our value is and how we are able to
15  capture that value.
16  Q.      Now, I want to briefly turn out
17  attention to Center Ice and GameCenter
18  Live --
19  A.      Okay.
20  Q.      -- in the United States.
21  A.      Okay.
22  Q.      Now, in general, are
23  subscriptions to Center Ice rising or
24  failing?
25  A.      I think that they're flat.

97

```
 1    Q.       Flot.  What -- what about
 2    GameCenter Live?
 3    A.       That's been rising.
 4    Q.       And have -- so I guess flat plus
 5    rising means rising overall?
 6    A.       Well, you know, maybe ane's not
 7    rising because the other is, I mean --
 8    Q.       Yeah.
 9    A.       -- I think on some basis you get
10    to a point where there's a question that
11    people will pose as to whether or not
12    there's some cannibalization.
13    Q.       But overall the number of
14    subscribers is --
15    A.       Well, but, they --
16    Q.       -- on the rise?
17    A.       -- yeah, but that, you know,
18    that could be -- well, okay.  You're
19    waving your hand I'll stop.  And my
20    counsel will be just as happy if I stop
21    as well so I'll just answer your
22    question.
23
24
25
```



98



99



100



```
23    Q.       This is 3, I believe.
24    A.       That's a very flattering
25    picture.
```

101

```
1    Q.       I didn't choose the picture.
2             - - -
3             (Whereupon, Bettman-3, CBS
4    internet printout, was marked for
5    identification.)
6             - - -
7    BY MR. DIVER:
8    Q.       Have you had a chance to review
9    it?
10   A.       Yes.
11   Q.       Now, do you recall a discussion
12   on the Boomer and Carton show --
13   A.       Yes.
14   Q.       -- in which the price for NHL
15   Center Ice and GameCenter Live was
16   discussed?
17   A.       I wouldn't have remembered it
18   but for reading it here.
19   Q.       Now, on the --
20   A.       But that's part of the media
21   campaign I was talking about.
22   Q.       Right, okay.  Now, there's --
23   there's a quote of you here toward the
24   bottom of the second page, starting with:
25   We have partners in that business, so we
```

102

```
1    don't have the luxury of just giving it
2    away.  What we're trying to do is get to
3    a place where we think it's certainly a
4    very good offer but it's something that
5    the business partners can live with.
6    A.       I think it's basically the same
7    words.  That's what I said to you in
8    response to the question.
9    Q.       Now, who are the partners you're
10   referring to?
11   A.       The distributors.  Because this
12   -- this is not referring just to
13   GameCenter Live this is also referring to
14   Center Ice.
15   Q.       Okay.  And -- and the
16   distributors, meaning DirecTV and In
17   Demand --
18   A.       Um-hmm, yes.
19   Q.       -- and the like?
20   A.       Yes, correct.
21   Q.       And now did they insist that you
22   charge a particular amount?
23            MR. GOLDFEIN:  Object to the
24   form of the question.
25            A particular amount as to what,
```

103

```
1    GameCenter Live or Center Ice?
2             MR. DIVER:  Center Ice.
3             MR. GOLDFEIN:  Let's be
4    specific.
5             MR. KARASIK:  Also lacks
6    foundation.
7             And do we have a stipulation in
8    place as we did in the other depos, that
9    an objection by one is an objection for
10   all?  I am assuming that's the case.
11            MR. GOLDFEIN:  Yes.
12            MR. DIVER:  I think we have that
13   in this whole case.
14            THE WITNESS:  Better known as
15   all for one and one for all.
16            MR. KARASIK:  Great.
17
18
19
20
21
22
23
24
25
```



104

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22   Q.       And the number of subscribers
23   increased?
24   A.       Yes.
25   Q.       And it's increased again this
```




105

1  year?
2  A.      My understanding is it is
3  increasing, but that's more anecdotal. I
4  haven't seen the hard numbers.
5  Q.      Now, turning back to the league
6  structure. I want to focus at this point
7  on the clubs' home playing territories.
8  Each team has a home playing territory?
9  A.      Yes.
10 Q.      Now is that defined?
11 A.      Typically, it's the 50 miles
12 around where they are designated place to
13 place.
14 Q.      And they are not permitted to
15 move outside of their territories,
16 correct?
17         MR. GOLDFEIN: Object to the
18 form of the question.
19         THE WITNESS: I'm not exactly
20 sure what you mean. If -- if you mean a
21 permanent move, we have bylaw 36 which
22 governs the relocation of franchises
23 which is subject to board approval. If
24 you're saying they just want to pick up
25 and play a couple of games somewhere

106

1  else, they can't do that on their own
2  either.
3  BY MR. DIVER:
4  Q.      If the Phoenix Coyotes wanted to
5  move to Chicago, they would not be
6  permitted to do so without Board of
7  Governor approval?
8  A.      Bylaw 36, which would be a
9  majority vote.
10 Q.      And that would include moving to
11 places where there are no NHL clubs?
12 A.      Correct.
13 Q.      Now, are there current owners
14 who have expressed an interest in moving
15 to other cities?
16         MR. GOLDFEIN: Object to the
17 form of the question.
18         THE WITNESS: Not that I'm aware
19 of.
20 BY MR. DIVER:
21

22
23
24
25         MR. GOLDFEIN: Object to the

107

1  form of the question.
2

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

108

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

109

```
 1   Q.      Now, you -- how long did the NHL
 2   own the Phoenix club?
 3   A.      ████████  Probably about three
 4   years.
 5   Q.      And -- and how did it come to
 6   own the Phoenix club?
 7   A.      Okay.
 8   Q.      In short.
 9   A.      Well, there's -- there's no
10   short version.  So what -- what happened
11   -- what happened was --
12           MR. GOLDFEIN:  I'm just going to
13   interject an objection because this is
14   hardly relevant to this lawsuit and --
15           MR. KARASIK:  And foundation.
16           THE WITNESS:  I'm happy to
17   answer the question, Shep.
18           MR. GOLDFEIN:  I know you are.
19           THE WITNESS:  We're not going
20   anywhere so let's -- Okay.
21           So Jerry Moyes owned the Phoenix
22   Coyotes.  He had basically bought out
23   Steve Ellman, they were partners for a
24   while.  And the building that they played
25   in actually sits in Glendale, Arizona and
```

110

```
 1   was built by the City of Glendale on the
 2   western side of the Valley of the Sun.
 3   Jerry was not the best operator as an
 4   owner and the team lost money on a
 5   continuous basis.  The team also had a
 6   fairly dismal record on the ice which
 7   didn't make attracting fans and doing
 8   business any easier.
 9           There had been a gentleman named
10   Jim Balsillie.  Jim Balsillie, if you
11   Google him, was one of the CEOs and I
12   think founders of RIM the manufacturer of
13   Blackberry.  And he wanted, at times of
14   greater wealth than perhaps he has today,
15   wanted to buy a hockey team and he
16   flirted with buying at one point
17   Pittsburgh, and another point Nashville.
18   And both of those efforts were not
19   successful.  And in the course of those
20   efforts a variety of things happened that
21   gave the Board of Governors some level of
22   concern about him as a potential owner.
23           If you remember when we talked
24   about ownership before, I talked about
25   the fact that some aspect relates to
```

111

```
 1   financial wherewithal, and some aspect
 2   relates to who would be a good partner.
 3   So, for example, in Pittsburgh when he
 4   was talking about it, there was a concern
 5   that even though he said he was going to
 6   keep the team in Pittsburgh, the
 7   Penguins, which are hugely successful
 8   now, he was really going to move them.
 9   And the executive committee that
10   interviewed him asked for a series of
11   representations which he agreed to at the
12   meeting and then when he tried to
13   document he wouldn't agree to.  Then in
14   Nashville when he tried to buy that team.
15   BY MR. DIVER:
16   Q.      Let's skip Nashville for a
17   second.
18   A.      Well, no, no, Nashville is
19   important.
20   Q.      Okay.
21   A.      Okay.  Because what he then --
22   what he then did was over our objections
23   he started selling tickets in a different
24   place than Nashville when he didn't own
25   the club.  He had been told not to do it
```

112

```
 1   and he went off and sold tickets anyway.
 2   So these --
 3   Q.      In which place did he attempt to
 4   sell tickets?
 5   A.      Hamilton.
 6   Q.      Ontario?
 7   A.      Ontario.  So then what happened
 8   is he gets together which you see -- and
 9   I apologize for the length, but you asked
10   for it, and this story requires the
11   foundation.  So Moyes decides he wants
12   out and Balsillie decides he wants to
13   have a team and move it.  And he's now
14   concerned I believe, Balsillie is, that,
15   A, he might not get approved as an owner
16   based on the prior conduct I just
17   described; and, two, that he might not be
18   able to move the club.
19           So he and Moyes get together,
20   and now Balsillie is offering Moyes more
21   for the franchise than he thinks -- that
22   Moyes thinks he can get by selling it in
23   Arizona.  So they said, okay, let's get
24   together we'll sell the club.  And what
25   we'll do is we'll put the team in
```

113

```
 1   bankruptcy.  And then the bankruptcy
 2   court will order the sale and as a result
 3   will circumvent the leagues' rules as to
 4   who can own a franchise, and where a
 5   franchise can be located.  So they put
 6   the club into bankruptcy and that's what
 7   they try and do.  And then we fight for
 8   months and months and months and there's
 9   tons of litigation, one of the many times
10   my deposition was taken.
11            And to make a long story short,
12   they scared away all of the other
13   potential bidders by being difficult and
14   aggressive and litigious.  And I went to
15   the Board of Governors and I said,
16   listen, there's no more important issue
17   for a sports league -- actually, there
18   are no more important issues for a sports
19   league than who can own a franchise and
20   where they are located.  And if the only
21   potential buyer for this bankrupt entity,
22   which by the way was current on all of
23   its obligations at the time, but that's a
24   different story, the bankruptcy court is
25   going to strain to find a way to let him
```

114

```
 1   have the franchise, we need to put in a
 2   bid and we need to own it, even if it's a
 3   lesser bid.  Because frankly what Moyes
 4   was being paid by Balsillie was in effect
 5   not the value of what Moyes had to sell.
 6   Moyes had the value of selling the
 7   Coyotes in Phoenix.  He didn't have the
 8   value of selling it somewhere else
 9   because he didn't own that, the league
10   did.
11            And whether or not you want to
12   call that unjust enrichment or
13   free-riding or the like, that's what they
14   were looking to capitalize on.  So we put
15   in a bid.  We bought the club.  And the
16   judge ruled in our favor that, in fact,
17   we should be the bidder and, in fact,
18   that they couldn't circumvent league
19   rules by putting the club into
20   bankruptcy.
21            We then wound up operating the
22   club for a number of years while we were
23   looking to straighten things out and find
24   a buyer.
25            Sorry.  You asked for it.
```

115

```
 1   Q.       No, I - I appreciate it.  So --
 2   so Moyes and Balsillie were attempting to
 3   sell the club for the value of the club
 4   in Hamilton?
 5   A.       Actually, we think they
 6   undervalued it on that basis as well.
 7   Q.       They undervalued it on that
 8   basis?
 9   A.       Yeah.
10   Q.       And --
11   A.       To the extent there was any
12   value at all.
13   Q.       Now -- now, some clubs have
14   moved during your tenure; is that
15   correct?
16   A.       Yes.
17   Q.       And the most resent was the
18   Atlanta Thrashers?
19   A.       Yes.
20   Q.       Why were they permitted to move?
21   A.       Because after a two-year hunt
22   for new ownership in Atlantic -- if you
23
24
25
```



116

```
 1
 2
 3
 4
 5
 6
 7                                        and we
 8   couldn't find a local buyer.  And
 9   therefore we decided it was time to
10   consider doing something to save the
11   franchise.
12   Q.       Because buyers didn't think the
13   club in Atlanta was a viable club?
14            MR. GOLDFEIN:  Object to the
15   form of the question.
16            THE WITNESS:  You know, you --
17   you would be and we would be speculating
18   as to why.  But for whatever reason,
19   nobody found it attractive enough to buy.
20
21
22
23
24
25   -- it's -- you -- you can't point this
```




117

```
1   with one broad stroke, other than the
2   fact that we tried, and I'm comfortable
3   that ownership tried to find new buyers
4   and we weren't able to do that.
5   BY MR. DIVER:
6   Q.      Now, are the Jets prefitable
7   new?
8           MR. GOLDFEIN:  Objeet to tho
9   form of tho question.
```

```
16          Oh.  A lot of documents there.
17  BY MR. DIVER:
18  Q.      It's reading glasses time.
19  A.      Based on the size of that print
20  these may not be good enough.
21              - - -
22          (Whereupon, a discussion was
23  held off the record.)
24              - - -
25          (Whereupon, Bottman-4, NHL
```

118

```
1   Fiscal Years' Summary, was marked for
2   identification and marked apecifieally
3   protectod.)
4               - - -
5           MR. DIVER:  Now, I -- I realized
6   that last time we marked this.  This is a
7   native file printout of a document that
8   was produced.
9           MR. GOLDFEIN:  And this is --
10  the whole deposition is highiy
11  confidential, but this is really highly
12  confidential.
13          MR. DIVER:  In fact, I think you
14  marked it as protected the last time.
15          MR. GOLDFEIN:  It's opecifically
16  protected.
17          MR. DIVER:  Which is fine.
18          THE WITNESS:  This is two years
19  ogo, sorrect?
20          MR. DIVER:  Correct.
21  BY MR. DIVER:
22  Q.      So this is -- well it's --
23  A.      This is the last full season.
24  This isn't the lockout season.
25  Q.      Correct.  And then --
```

119

```
1   A.      The one on top.
2   Q.      The one on top is -- ia -- is
3   2012, '11, '12, and they go back to 2006,
4   I believe.  But I just want to -- I just
5   want te document what we were just
6   discussing here.  2012 the Winnipeg team.
7   Yeu have to go about six pegca in to get
8   to Winnipeg.
```

```
11  Q.      Um-hmm.
12  A.      Okay.  That's in the bellpark of
13  what I thought they would be.
14  Q.      And it shows about half --
15  two-thirds of the way down it shewa totel
16  hockey related revenues --
17  A.      Which page are you on?
18  Q.      I'm still on I think --
19  A.      On the top eover page?
20  Q.      Winnipeg, the first page with
21  Winnipeg on it, yeah.
22  A.      First page with Winnipeg.
23          MR. LECKMAN:  It'a the ene right
24  before it.
25  BY MR. DIVER:
```

120

```
1   Q.      The one right before the
2   operating --
3   A.      Right.
4   Q.      It shows hockey related
5   revenues, it's the last one in the line,
6   [redacted]
7   A.      Um-hmm.
8   Q.      And on the first page of 2011,
9   conveniently enough --
10  A.      Now we are going to page 2011.
11  Q.      Um-hmm.
12  A.      Atlanta.  I have to get past
13  Washington.  Atlanta shows [redacted]
14  [redacted]
15  [redacted] and on the
16  first page it shows hockey releted
17  revenues of [redacted]  And that
18  change was from one year to the next?
19  A.      Apparently.
20  Q.      Now, let me ask you:  Was there
21  any interest in moving the Phoenix club
22  to Winnipeg?
23  A.      We -- we thought obout it, but
24  we decided that we thought -- when I say
25  we decided, in term of the internal
```

121

```
1    discussions.  We thought we could save
2    Phoenix for a variety of reasons and we
```

```
8    A.       Well, when you say Phoenix would
9    have anjoyed, the City of Phoenix or
10   Glendale wouldn't have enjoyed the fact
11   that the building they built at taxpayer
12   expense and was relatively new would have
13   been empty.  And it was a question of who
14   is gaing to own the club.  Okay.  We --
15   we were ganna sell the club.  We believed
16   -- well, first of all.
17
18
19
20
21   Q.       Is thera --
22   A.       And -- and that was a private
23   building in Atlanta end a public building
24   in Glendale.  And sa the fact that the
25   guys who owned the private building were
```

122


```
6    Q.       Okay.  So, I mean, just -- just
7    -- the reason fat moving Atlanta 'and not
8    Phoenix had to do with the canditians in
9    Atlanta and Phoenix in particular, not
10   that Atlanta had any particular reasan ta
11   thtive in Winnipeg more than the Coyotes
12   did7
13
14
15
16
17
18
19
20
21
22   Q.       Okay.  Now, each team -- let's
23   -- let's get a document far this.
24                  - - -
25             (Whereupon, a discussion was
```

123

```
1    held off the record.)
2                  - - -
3             (Whereupon, Bettman-5, NHL TV
4    Subscriber Overview, was marked for
5    identification.)
6                  - - -
7    BY MR. DIVER:
8    Q.       Now, I produced this document
9    for purposes of discussing the television
10   territories.  I will represent that this
11   copy has some handwritten notes on it,
12   but the reason I've -- I've chosen it is
13   because it's rhe one whose colors have
14   come thtaugh in such a way that you can
15   tell where the territories begin and end.
16   A.       So you -- so you think.
17   Q.       Well --
18   A.       Do we know whose handwriting
19   this is?
20             MR. GOLDFEIN:  Mine is not in
21   color.
22             MR. LECKMAN:  It's shading.
23             THE WITNESS:  No, no, ha's
24   making the point of the shading but --
25   but it's -- it's not so good.
```

124

```
1    BY MR. DIVER:
2    Q.       Do yau know whose handwriting
3    that is?
4    A.       Is that yours or ours?
5    Q.       It's yours.
6    A.       Okay.  It's not mine but it
7    comes fram one of my people.
8    Q.       I'm not gonna ask you about the
9    handwriting.
10            Now, turning to Buffalo.
11   A.       Turning to Buffalo on the chart
12   on the first page or on the map?
13   Q.       The pages.
14   A.       So the --
15   Q.       Or we can -- you can laok at the
16   first page as wall.
17   A.       You tell me what you want.
18   Q.       Lat's -- let's look at the
19   chart.
20   A.       Okay.
21   Q.       Okay.
22            MR. GOLDFEIN:  Just for the
23   record, we're on --
24            MR. DIVER:  We're on the second
25   -- the summary page.
```

125

```
1            MR. GOLDFEIN:  The one with the
2    last three Bates Nos. 069.
3    BY MR. DIVER:
4    Q.       069, right.  So this document
5    for the record is called:  TV Subscriber
6    Overview, September 2012.  And the
7    beginning Bates Nos. 2523068.  And the
8    chart has a 69.
9            Now, can you explain what the 50
10   mile inner refers to in this chart?
11   A.       That's what we talked about
12   before, that's the territory that a club
13   gets.
14   Q.       For playing games?
15   A.       Yeah.  That's its market,
16   territory.
17   Q.       Now, what is sphere refer to
18   here?
19   A.       That -- that is -- we -- we --
20   our territories don't necessarily align
21   with how you can distribute locally.
22   Just because we have a 50-mile territory
23   don't necessarily mean that the cable
24   system that's in that 50-mile territory
25   ends where we are.  So we try to create a
```

126

```
1    -- an extended territory that has some
2    notional if not greater relationship with
3    the team, so that fans who most -- would
4    be most likely to be interested in that
5    team can follow the game.  And so you go
6    to the extended sphere and you go to the
7    outer market.  They are viewed at like
8    rings around the center which at some
9    point get completely attenuated and make
10   no sense, but as you gradually work your
11   way out there's a sensibility to their
12   relationship with the team.
13   Q.       So what are the teams' rights
14   within a sphere?
15   A.       They get to continue -- they get
16   to carry their games and, I think, don't
17   pay an outer market fee.
18   Q.       They can carry their games on
19   regional sports networks that --
20   A.       Yeah.
21   Q.       -- are there?
22   A.       Locally.
23   Q.       Now, if I were to refer to the
24   sphere of influence, would I normally be
25   understood to be including what you have
```

127

```
1    as sphere plus 50-mile inner in this
2    case?
3    A.       Yeah, yeah.
4            MR. GOLDFEIN:  Objection.
5    BY MR. DIVER:
6    Q.       Now, what is an extended sphere?
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



128



129

```
 1   A.      I don't believe so, no.
 2   Q.      Now, do you know when the
 3   spheres of influenee were created?
 4   A.      No.  They -- they predete me, I
 5   believe.
 6   Q.      Do you know what -- you just
 7   said why.  New --
 8   A.      Well, when you sey the why, is
 9   you want to give somebody a loeal
10   territory that is sensible relative to
11   the interest in the team.
12   Q.      Now, what is the outer market?
13   A.      That's e further extension for
14   which they have to pay en outer market
15   fee.  Again, we don't like to give ewey
16   the product for nothing.  So at some
17   point if it's not worth the payment of
18   the fee, you shouldn't be there.  It hes
19   to heve some velue.
20   Q.      Now, are -- are -- are clubs
21   entitled to exclusives in their -- in
22   their outer markets or --
23   A.      No, some of them overlap.
24   Q.      Some of them --
25   A.      You know, but thet's based on
```

130

```
 1   geography.  In other words, we heve
 2   territories thet tend te ovorlap whether
 3   or not it's, you know, if you go down the
 4   eastern seaboard as among sey
 5   Philedelphia and the New York teams,
 6   thore's, you know, inherent overlap.
 7   Q.      Now, staying on this pege
 8   looking at the top three teams, totel.
 9   A.      What a coincidence, they all see
10   to be --
11   Q.      They ell seem to be the New York
12   elubs.
13   A.      Yes.
14   Q.      And they ell have total --
15   A.      Well, not exactly the same.  The
16   Islenders snd Jersey have the same.
17   Rengers e little different, that probably
18   stems from the fact thet the Rangers were
19   here first.
20   Q.      But ell of them hove TV
21   territories thet heve more households
22   than nearly all of the other elubs,
23   eorrect?
24           MR. GOLDFEIN:  Object to the
25   form of the question.
```

131

```
 1           THE WITNESS:  Yes, but you
 2   wouldn't -- you don't -- pleese, don't
 3   sound surprised, as we sit in Menhettan.
 4   Obviously, the population here is e lot
 5   greater than it is anywhere else.
 6   BY MR. DIVER:
 7   Q.      And Buffalo has --
 8   A.      Not so much.
 9   Q.      Not so much.  So these spheres
10   weren't designed to equolize --
11   A.      Well, it -- it -- it to the extent
12   we might extend e little bit more
13   geographicelly for e smaller market to
14   try end get them e little more help and e
15   little more interested, help the
16   regionels have a sustoineble business for
17   them locally.  Because if the regional
18   doesn't have a susteineble business
19   they're not going to pay a rights fee,
20   they're not going to produce the games,
21   they're not going to promote the team,
22   they're not going to invest.  So we -- we
23   -- you extend es e practicel matter, to
24   the extent it makes sense.  I think if
25   you look at the maps, you know, the map
```

132

```
 1   where the population's less, gets e
 2   little bit bigger then in en areo where
 3   it's more congested.
 4   Q.      Now, among the three teoms on
 5   the top --
 6   A.      Yes.
 7   Q.      -- the New York teams?
 8   A.      New York/New Jersey.  We don't
 9   went --
10   Q.      New York metropolitan eree?
11   A.      Yes.
12           Are you in Philly or south
13   Jersey?
14   Q.      Philly.
15   A.      See, thot's why.
16   Q.      Now, the Rangors amongst those
17   three are the highest revenue-generating
18   team historieally, correct?
19   A.      Of those three?
20   Q.      Yes.
21   A.      Yes.  They were the first one
22   here, they're en originel six team.
23   Q.      Okay.  And yet they have the
24   largest --
25   A.      But ogain --
```

133

```
 1   Q.      -- market?
 2   A.      -- that's historical because the
 3   Islanders in New Jersey joined them later
 4   on.
 5   Q.      And if I look at -- okay.  Has
 6   there -- has there been any consideration
 7   of -- of evening out to make it more fair
 8   to the New Jersey Devils and the New York
 9   Islanders?
10           MR. GOLDFEIN:  I want to object
11   to the form of the question.
12           It's speculative.
13           THE WITNESS:  That -- that
14   wasn't anybody's understanding.
15   BY MR. DIVER:
16   Q.      Okay.
17   A.      I don't think anybody has that
18   expectation.
19   Q.      Now, if we turn to the Anaheim
20   page, which is the next page.  And I
21   think we must have a similar result and
22   then compare it to -- to the Los Angeles
23   Kings.
24   A.      Again, the Kings were there
25   first.  So see, let's go back and look at
```

134

```
 1   the numbers.  So Anaheim is at 7 million
 2   360 -- oh, I see, and LA's -- actually,
 3   Anaheim is a little bit more.
 4   Q.      Which doesn't...
 5   A.      Doesn't what?
 6   Q.      Doesn't match the numbers on
 7   here.
 8   A.      No, it doesn't.
 9   Q.      And it certainly doesn't match
10   the map.
11   A.      But other than that it's all
12   good?
13   Q.      But, again, Los Angeles is a
14   larger territory, it appears?
15   A.      Well, they're -- I think this
16   doesn't make sense because if you look at
17   the map, L.A. has more shaded-in areas
18   than Anaheim.  So you know what, my guess
19   is these were ballpark things.  Internal
20   just to get a sense of where things were.
21   As I said, I didn't prepare this so I
22   can't tell you why it says what it says.
23   Q.      Now --
24   A.      It's -- because Anaheim doesn't
25   have -- I can't read it, but whatever's
```

135

```
 1   above San Bernardino, ether than Clark,
 2   the other two the Kings have but the
 3   Ducks don't.  And everything else -- no,
 4   actually they have the San Luis Obispo
 5   and -- for the Kings but not for the
 6   Ducks.  And everything else is the same?
 7   Q.      That's how it looks on the map.
 8   A.      But then how does L.A. have
 9   fewer people?
10   Q.      Somebody at the league has some
11   answering --
12   A.      You must've copied this wrong.
13   Q.      I don't -- I don't know how to
14   explain that.
15   A.      But you know what, you -- you
16   get a sense of it.
17   Q.      I -- I get a sense.  And -- end
18   both teams, Clark --
19   A.      Clark is Las Vegas.
20   Q.      Is Las Vegas?
21   A.      Right.
22   Q.      Now, the Phoenix Coyotes aren't
23   permitted to broadcast into Clark County;
24   is that correct?
25   A.      Well, let's look at the map.  I
```

136

```
 1   will confess I don't know everybody's
 2   territory off the top of my head.  They
 3   are not in -- it doesn't look like
 4   they're in Las Vegas.  You know, some of
 5   this can also be the regional.  Depends
 6   on -- it's conceivable that the L.A. RSN
 7   goes into Clark County but doesn't go
 8   into the other places.  So some of this
 9   may be determined as a practical matter
10   based on how the distributors are
11   distributing.
12   Q.      But if -- if you permitted
13   Phoenix to go into Clark presumably that
14   would be --
15   A.      Well, we don't, so, you know.
16   Q.      But -- but -- but you've
17   already --
18   A.      But it may also be, you
19   remember, Phoenix moved from Winnipeg
20   after -- after Anaheim and L.A. were
21   already there.  So it may have been part
22   of the move that they knew they weren't
23   getting Clark because it had already been
24   given to the two southern L.A. teams.
25   I'm sure there was a good reason for it.
```

137



138



13   BY MR. DIVER:

14   Q.      But as it currently stands, it

15   would bring both the number of households

16   and the value of the Coyotes' home

17   territory closer to that of L.A. if they

18   were also permitted to broadcast into --

19   into Las Vegas?

20   A.      Not necessarily because maybe

21   people in Las Vegas -- there may be two

22   or three people that like the Coyotes in

23   Vegas and maybe there are hundreds that

24   like L.A. and Anaheim because they've

25   been getting it longer.  Again, this may

139

1    be a function of when the club moved

2    because it was in the mid nineties that

3    the team went to Phoenix.

4    Q.      Now, if Phoenix -- we will leave

5    poor Phoenix aside for -- for now.

6            MR. GOLDFEIN:  Are you -- are

7    done with this?

8            THE WITNESS:  Yes.

9            MR. DIVER:  For now.

10           MR. GOLDFEIN:  For now.

11           MR. DIVER:  Why don't we take a

12   quick break?

13           THE WITNESS:  You want to take a

14   break?

15           MR. DIVER:  Let's go off the

16   record.

17           THE WITNESS:  Sure.  That's

18   fine.

19           THE VIDEOGRAPHER:  11:53, off

20   the record.

21               - - -

22           (Whereupon, a short break was

23   held off the record.)

24               - - -

25           (Whereupon, Bettman-6, printed

140

1    e-mail, was marked for identification.)

2               - - -

3            THE VIDEOGRAPHER:  11:56, back

4    on the record.

5    BY MR. DIVER:

6    Q.      You've had a chance to review

7    this?

8    A.      I skimmed it.  Do you want me to

9    read it word for word?

10   Q.      It's up to you.

11   A.      It depends what you're going to

12   ask me.  Well, why don't you ask me the

13   question and then I'll see if I need to

14   read it.

15   Q.      Do you recall the substance of

16   this e-mail exchange?

17   A.      Vaguely.

18   Q.      Who is David Proper?

19   A.      He runs media and broadcasting

20   for us at the NHL, Proper.

21   Q.      Proper.  And can you just

22   describe the issue he was addressing in

23   this e-mail?

24

25

145

```
 1    boundaries can be redrawn, ad hoc based
 2    on club consent, parens, (albeit, with
 3    league approval) end parens.  I think
 4    that the concern for, quote, "slippery
 5    slope" end quote, becomes very real in
 6    this context because all clubs, parens,
 7    (and their RSNs), parens, have a highly
 8    motivated interest in increasing their
 9    local distribution footprints.
10    A.      Yes, but not everybody else's.
11    In other words, you -- you would like
12    more subs but you don't want to have
13    anybody having anymore of yours because
14    the exclusivity that the RSNs have pay
15    for investing is vital.  And so as a
16    general matter, some clubs might try to
17    take advantage of others, weaker clubs,
18    stronger clubs.  It's just -- this is one
19    of those things that didn't make any
20    sense.
21    Q.      Now, wouldn't it be the case the
22    fans in Florida would have benefitted
23    from a choice of -- of telecasts of these
24    games?
25    A.      Same game.  I -- I think the
```



146

```
 9    Q.      But you -- you offer both feeds
10    on Center Ice and GameCenter Live?
11    A.      Well, yeah, but that's because
12    you have people from different places
13    watching.  You're not necessarily -- it's
14    -- it's not -- if -- if your question is
15    if GameCenter Live only went to south
16    Florida of the Tampa games, whether or
17    not it would make sense when they played
18    Florida to have the second feed.  But you
19    have to remember, we are dealing with
20    hundreds of games, and hundreds of
21    thousands of subscribers, there needs to
22    be some order.  In order -- so that we're
23    distributing what we're supposed to
24    distribute, when we're supposed to
25    distribute and who we're supposed to do
```

147

```
 1    it.  It's not like just simply saying,
 2    you know, do what you want, it will take
 3    care of itself.  It's a lot more
 4    complicated than that.
 5    Q.      Now -- so you're saying not many
 6    fans would have cared about this?
 7    A.      In my opinion, yeah.
 8    Q.      But how would fans have been
 9    harmed by this request?
10    A.      It's not a question of fan harm,
11    they're getting the game.  It's a
12    question of what logistically and
13    effort-wise and expense-wise makes sense
14    for us to do.
15    Q.      And if the clubs wanted to go to
16    the expense of doing so, you didn't think
17    they should be permitted to do that?
18    A.      I don't -- I don't think the
19    clubs would have wanted to go to the
20    expense of doing it.  And, again, this
21    died of its own weight.  They weren't
22    very invested in this.
23    Q.      But the league would have
24    prevented them from doing it even if --
25    A.      Well, it never got -- it never
```

148

```
 1    go to the next level.  But the reasons in
 2    here are all perfectly valid.
 3    Q.      So as a general matter the
 4    league enforces the television territory
 5    strictly and this was an example?
 6    A.      That -- that -- that -- that's
 7    probably a gross overstatement which if
 8    I'm you I would try and do, but the fact
 9    is we have rules and we try to apply them
10    the way they are intended to be applied.
```



149



```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15              MR. DIVER:  Okay.  We can take a
16     break there.
17              THE VIDEOGRAPHER:  12:05, off
18     the record:
19              - - -
20              (Whereupon, a lunch break was
21     held off the record.)
22              - - -
23              THE VIDEOGRAPHER:  The time is
24     1:02.  We are back on the record.
25              THE WITNESS:  We are very
```

150

```
1     prompt.
2     BY MR. DIVER:
3     Q.      We are indeed.
4     A.      Keep flipping.
5     Q.      There I am.  There I am.  Okay.
6     A.      Oh, good.
7     Q.      And we are going to start right
8     out with --
9     A.      This will be seven.
10             MR. GOLDFEIN:  This will be
11    seven.
12             - - -
13             (Whereupon, Bettman-7,
14    Resolutions, Broadcast Matters, was
15    marked for identification.)
16             - - -
17    BY MR. DIVER:
18    Q.      Exhibit-7.  And NHL No. 0000269
19    entitled:  Resolutions, Broadcast
20    Matters, Regulations for TV Transmission
21    by the U.S. Clubs.
22             Do you recognize this document?
23    A.      Vaguely.
24    Q.      Do you recognize that it's a
25    document that's contained within the
```

151

```
1     league's lex scripta?
2     A.      Appears to be.
3     Q.      Did you review this document for
4     this deposition?
5     A.      Not that I recall.
6             MR. GOLDFEIN:  I'm going to
7     object to the use of the document, as an
8     incomplete document outside of taking
9     selective pages out of the lex scripta.
10            MR. DIVER:  Okay.
11            MR. GOLDFEIN:  But you may
12    proceed.
13    BY MR. DIVER:
14    Q.      Okay.  Now, in paragraph two --
15    A.      Before you do that, what you
16    have here from me says approved
17    December 11th, '84, and then on the
18    second page it says December 11, '84
19    amended June 23rd, '91.
20            Does this include the
21    amendments?
22    Q.      This is the document that's
23    contained in the lex scripta.
24    A.      But I -- this is two pages out
25    of the lex scripta.  I'm not 100 percent
```

152

```
1     sure what it is, but go ahead.
2     Q.      Now, the paragraph number two.
3     A.      Yes.
4     Q.      Do you see where it says:  Each
5     club may exploit its home games through
6     TV as follows?
7     A.      Um-hmm, yes.
8     Q.      By standard TV or by
9     non-standard TV in any manner and in any
10    location --
11    A.      Yes.
12    Q.      -- except through transmission
13    or systems originating in the home
14    territory or sphere of influence of the
15    visiting club?
16    A.      Yes.
17    Q.      Two, through transmitters or
18    systems originating in the home territory
19    of any other club on a day in which such
20    clubs' team is playing at home?
21    A.      Yes.
22    Q.      Or three, via a non-local
23    distributor such as USA Network, ESPN,
24    COMSAT, or similar entity.  And, four, as
25    provided in any U.S., Canadian
```

153

```
 1   sponsorship agreement.
 2           Did you understand that in 1984
 3   the rules of the NHL permitted clubs to
 4   broadcast their home games anywhere in
 5   the country --
 6           MR. GOLDFEIN:  Object.
 7           MR. DIVER:  -- subject to those
 8   restrictions?
 9           MR. GOLDFEIN:  Object to the
10   form of the question.
11           THE WITNESS:  I -- I never
12   really formed a particular opinion one
13   way or the other.  This predates me at
14   the NHL.  And based on the time, as it
15   relates to me personally and the
16   evolution of the league and the league's
17   business, this isn't anything I paid a
18   lot of attention to.
19   BY MR. DIVER:
20   Q.      Okay.  Now, do you know why
21   these rules prohibited the transmission
22   originating in the home territory of any
23   other club on the day in which the club
24   was playing a home game?
25   A.      You would be asking me to give
```

154

```
 1   you an educated guess, which I'm happy to
 2   do, as long as we understand it's an
 3   educated guess.  It probably has
 4   something to do with the home gate.
 5   Q.      Now, do you believe that
 6   televising games harms home gate as a
 7   general matter?
 8           MR. GOLDFEIN:  Object to the
 9   form of the question.
10           THE WITNESS:  Televising what
11   games?
12   BY MR. DIVER:
13   Q.      Do you believe that televising
14   any -- do you believe that televising
15   home games, first of all, harms home
16   attendance?
17   A.      Are we talking about that game,
18   are we talking about a national telecast,
19   are we talking about a local telecast --
20   Q.      The question --
21   A.      -- are we talking about the
22   visiting telecast, are we talking about a
23   competing telecast with a different feed?
24   What are you talking about?
25   Q.      Well, the way I just asked the
```

155

```
 1   question was intended to talk about the
 2   home teams' telecast of that game.
 3   A.      Home team -- having its own
 4   games televised?
 5   Q.      Um-hmm.
 6   A.      I think that's important.
 7   Q.      Important in what way?
 8   A.      In terms of it goes to the
 9   discussion we had about why it's
10   important that the NHL have a national TV
11   contract.  You want somebody or some
12   thing or some entity to invest in your
13   product, to give your team a presence in
14   your market, to give your fans a platform
15   to connect with the game, to give the
16   game, the team, a big league feel.  In
17   the absence of which, I think, it's --
18   it's clear that if you don't get your
19   games televised, not only are you losing
20   a source of revenue, but you're probably
21   damaging your business.
22   Q.      Now, who is Bill Wirtz?
23   A.      Bill Wirtz is deceased.  He was
24   the governor of the Chicago Blackhawks
25   and he is -- was for a time the Chairman
```

156

```
 1   of the Board of Governors of the NHL.
 2   And it was his family that owned the
 3   Blackhawks, Chicago stadium.  And now
 4   with Chicago's stadium having been
 5   replaced by the United Center, his family
 6   owns, I don't know if it's his family or
 7   a trust or what have you, but the Wirtz
 8   in some capacity own the United Center
 9   50 percent with Jerry Reinsdorf, who owns
10   the Bulls.
11   Q.      Now, did Bill Wirtz have a
12   policy or did the Blackhawks have a
13   policy while he owned them of not
14   televising home games?
15   A.      Yes, they did.
16   Q.      Why did he do that?
17   A.      You would have to ask him.  He
18   thought he was protecting, quote, the
19   season reservation holders.  But it's a
20   policy that has been long discredited,
21   even while he was alive.
22   Q.      And until when did the
23   Blackhawks have that policy?
24   A.      Until he died.
25   Q.      And then how soon after he died
```

157



```
10   Q.      Now, is the same true of
11   national telecasts, do national telecasts
12   harm the attendance of local teams?
13   A.      We -- we don't believe so.  We
14   think it elevates everybody, provided
15   it's the right balance.  If you did too
16   many games that could be an issue.  If
17   you did too many games of a pacticularly
18   compelling team on national TV it could
19   be an issue that would affect the other
20   teams adversely.
21              - - -
22           (Whereupon Bettman-8, Appendix,
23   President's Ruling Re Broadcast Rights of
24   Member Clubs, was marked for
25   identification.(
```

158

```
1              - - -
2    BY MR. DIVER:
3    Q.      Okay.  Bettman Exhibit-8 is
4    entitled from the Appendix, President's
5    Ruling Re Broadcast Rights of Member
6    Clubs.
7    A.      Issued on June 13, 1984 --
8            MR. GOLDFEIN:  Object --
9            THE WITNESS:  Almost 30 years
10   ago.
11           MR. GOLDFEIN:  Well, again, I'm
12   gonna have the same objection.  This
13   document is part of a larger document
14   called the Lex Scripta and it's
15   incomplete on the subject of broadcast
16   rights in the NHL.  And I'll object to
17   the use of it, out of content.
18           But proceed.
19   BY MR. DIVER:
20   Q.      Is -- is this document contained
21   in the lex scripta?
22   A.      I assume so.
23   Q.      Have you seen it before?
24   A.      Probably.
25   Q.      Did you review it for this
```

159

```
1    deposition?
2    A.      No.
3    Q.      Now, let me draw your attention
4    -- well, let me ask you for -- when did
5    you first become aware of it?
6    A.      I don't know.  It's not
7    something that I find particularly
8    important.
9    Q.      Now, have you had a chance to
10   review it?
11   A.      No, no.
12   Q.      Would you like?
13   A.      It depends on what you're going
14   to ask me.
15   Q.      Do you understand this letter to
16   be an official interpretation of section
17   four of the NHL constitution?
18   A.      If it is, it's based on the
19   facts, circumstances, and as the world
20   existed in 1984.  I'm not sure it bears
21   any reality to what has been taking place
22   for the last two decades.
23   Q.      Okay.  Now, turning to what's
24   marked as page 15 on the bottom, the
25   third paragraph from the bottom.  I'll
```

160

```
1    read into the record.
2            MR. GOLDFEIN:  I'm going to
3    object to you reading a document into the
4    record, which is ranked hearsay.
5            MR. DIVER:  Okay.
6            MR. GOLDFEIN:  And improper
7    deposition question.
8    BY MR. DIVER:
9    Q.      Just to make sure we understand
10   it:  In summary, although various
11   proposals have been submitted over the
12   years, no constitutional change has ever
13   been made that permits the restraining of
14   broadcasts into the home territories of
15   the member clubs.  Thus it is absolutely
16   clear that under the NHL Constitution no
17   member club at this time can restrain or
18   prevent the broadcasting of any game at
19   any time except the broadcasting of its
20   home games.
21           Now, to your knowledge, has
22   article four of the constitution been
23   amended since this letter was issued?
24   A.      Well, as a practical matter
25   that's no longer the policy.  So either
```

161

1  in form, subatance, by praetice or by
2  entering into national TV contracts, this
3  isn't the state of the world.  Thia would
4  be like a dinoaaur roaming the earth.
5  Q.      But you don't know af any formal
6  action te either amend the
7  constitution --
8  A.      Well, as I said, the -- thia is
9  na longer what's in effeet.  The
10  evolution of how we got to where we are,
11  is aither reaolutiona, the approval of
12  national TV contracts, practice or the
13  like.  But please don't assume that this
14  is what's been in effect.  This is 1984.
15  This is ancient hiatory in terms of the
16  media landscape.
17  Q.      Now, let me just ask you one
18  more quick question --
19  A.      Sure.
20  Q.      -- on this issue.  At the top of
21  page 14 it says:  In fact, it was the
22  consensus that eonstitutional amendment
23  to prevont broadcast invasion would not
24  be practical until ar unless U.S.
25  legislative correction was forthcoming.

162

1      Are you aware of any U.S.
2  legislative carrection?
3  A.      The Sports Broadcasting Act was
4  probably around this time.  I mean, this
5  thing goes on to aite a letter from 1959.
6  As I said, this -- this is not relevant
7  to anything in the current media world.
8  Q.      Okay.  I belive this ia nine.
9          - - -
10      (Whereupon, Bettman-9, NHL
11  lettor dated August 2, 1996, was markad
12  for identification.)
13          - - -
14  BY MR. OIVER:
15  Q.      Exhibit-9 is markod as New York
16  Islanders 0071040, appears to be a
17  memorandum from Gary Bettman to a number
18  of individuals.  Do you recognize this
19  letter7
20  A.      Looks veguely familiar.
21  Actually, it's a letter not a memorandum.
22  It's got my signature on it.  There's
23  also some markings on page two.  I don't
24  know who made those.
25  Q.      I can -- I ean tell you that

163

1  those -- that'a how it came to us.
2  A.      Okay.
3  Q.      Did you draft this letter
4  yourself?
5  A.      I signed it.  I'm aure I read
6  it.  I'm sure I edited it.  Did I draft
7  it from scratch, I couldn't tell yau.
8  Q.      Can you summariza the underlying
9  disputed issue in this?

23  Q.      Well, let me --
24  A.      How'd I da?
25  Q.      We'll see.

164

1  A.      Okay.
2  Q.      On the bottom of page three, do
3  you see the bottom paragraph --
4  A.      Yes, I do.
5  Q.      -- on page threes?
6      Okay.  And do you see that you
7  deacribe the history of the spheres of
8  influence since 1980?
9  A.      Yeah.  And I'm talking about the
10  fact that it's impartant to smaller
11  market clubs to avoid free-riding that
12  more distant clubs would have to preserve
13  them.
14  Q.      Well, let me just go through
15  some of these things you said.  It -- it
16  said by defining club broadcast areas the
17  league intended both to offset the lack
18  of a national television contract and,
19  two, want to focus on thia part for now,
20  to enhance the value of the television
21  rights marketed by each team.  And then
22  you explain this.  The latter purpose was
23  to be served both by expanding the
24  broadcast area available to smaller
25  market clubs which otherwise wauld

165

```
1    televise only to limited numbers within
2
3
4
5
6           Now, focusing on the first part
7    of -- of that last sentence, where you
8    say that the spheres were intended to
9    expand the broadcast area available to
10   the smaller market clubs?
11   A.      Yes.
12   Q.      Is -- was it your intention in
13   writing that sentence to describe the
14   intentions of the league when they
15   created the sphere of influence --
16           MR. GOLDFEIN:  Object --
17           MR. DIVER:  -- in 1980.
18           MR. GOLDFEIN:  -- object to the
19   form of the question.
20           THE WITNESS:  It was my
21   understanding as to the importance of
22   having the rules work this way.
23   BY MR. DIVER:
24   Q.      And how does that understanding
25   square with the fact that the rules we
```

166

```
1    just saw permitted clubs to broadcast
2    their games in any location in the United
3    States?
4    A.      Well, with all due respect, you
5    are not listening to what I said about
6    the '84 agreement.  As far as I was
7    concerned and am concerned it's been gone
8    and irrelevant.  It had no bearing on
9    this.
10   Q.      But my understanding, and you
11   can correct me, is that you're describing
12   what the league was doing in creating the
13   spheres in 1980?
14   A.      That may have been, but the fact
15   of the matter is the purpose here --
16   well, then, that obviously makes my
17   point.  That the practice didn't jive
18   with the document you showed me.
19   Q.      Now, what did you mean by
20   avoiding free-riding by geographically
21   more distant teams that might have
22   greater broadcast resources --
23   A.      If you --
24   Q.      -- available to them?
25
```

167



168

```
1
2
3    Q.      And -- and -- and how is it
4    they're -- who -- who's -- in what sense
5    are they free-riding?  They're benefiting from
6    the fact that they're members of the
7    league?
8    A.      The fact that there's any
9    interest at all in them is a function of
10   the [     ] proximity not that the fact
11   that the [          ] are a full
12   state away.
13   Q.      And -- what in particular do
14   you mean by free-riding?
15   A.      Meaning misappropriating the
16   value that's created by somebody else by
17   working and investing and building the
18   market.
19   Q.      Now, were the -- were the
20   [               ] not working in
21   investing and building the market in
22
23   A.      I think not.  I think their
24   games were simply being carried there.
25   Q.      And what were the [     ] doing
```

169

```
 1   to build the market in ▮▮▮▮▮
 2   A.        They're in closer proximity,
 3   they're only ▮▮▮▮▮▮▮▮ to
 4   the extent -- I actually think their
 5   minor league affiliate was probably there
 6   too, at that point in time as well, the
 7   ▮▮▮▮▮▮▮▮▮▮  So they are the
 8   presence that's there.  They're
 9   advertising, they're promoting, they're
10   selling tickets.  They're trying to get
11   people interested in the game.
12   Q.        And they were not succeeding
13   because the --
14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16   Q.        But they are closer?
17   A.        Well, they're 60 miles away.
18   Q.        And I'm just -- I'm just trying
19   to get a clearer understanding as how
20   what you're describing is different than
21   ▮▮▮▮▮▮▮▮ and we will just focus on the
22   ▮▮▮▮ now, were competing for business
23   in ▮▮▮▮▮▮▮▮▮▮▮ were more
24   successful?
25             MR. GOLDFEIN:  Object to the
```



170

```
 1   form.
 2             THE WITNESS:  I'm not sure they
 3   were more successful.
 4   BY MR. DIVER:
 5   Q.        They were able to get their
 6   games broadcast in ▮▮▮▮▮
 7
 8
 9
10
11
12
13
14
15
16
17   Q.        Now, let -- let me ask you now
18   -- now, it couldn't have been that the
19   spheres were intended to prevent
20   free-riding if the spheres were created
21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23             MR. GOLDFEIN:  Object; to the
24   form of the question.
25             It's calling for speculation.
```



171

```
 1             THE WITNESS:  You know, if you
 2   -- if you go back to the late seventies,
 3   early eighties, mid eighties, it was a
 4   point of evolution.  As I think somewhere
 5   in this letter it said there was no
 6   national TV contract, or maybe it was in
 7   one of the other documents you showed me.
 8   And regional sports channels in those
 9   days were in their formative stage.
10   Everybody in all of the leagues were
11   trying to figure out what the right
12   balance is.  And so there was always a
13   little tweaking and, you know, dealing
14   with, particularly around the edges, what
15   made sense as broadcast and media policy
16   evolved.
17   BY MR. DIVER:
18   Q.        Now, let me turn -- now, I'm --
19   I'm looking at page four of the letter
20   here, okay.  Page numbers are at the top.
21   A.        No, I know.  Go ahead.
22   Q.        Now, the paragraph the begins in
23   late 1984, am -- am I correct that you're
24   describing the regulations that -- for
25   television broadcasting that we just
```

172

```
 1   discussed?
 2   A.        Apparently, I'm -- I'm reciting
 3   the evolution of what happened.  And it
 4   ends by saying throughout this period,
 5   whatever period we're talking about,
 6   ▮▮▮▮▮▮ was considered a part of the
 7   ▮▮▮▮▮ sphere of influence only.
 8   Q.        But under those regulations
 9   nothing prevented the ▮▮▮▮▮ from
10   broadcasting into ▮▮▮▮▮ on days the
11   ▮▮▮▮▮ weren't playing a home game,
12   correct?
13   A.        Apparently.
14   Q.        And, now, in the next paragraph
15   you describe the ESPN contract that the
16   league reached in 1985?
17   A.        That's what it says.
18   Q.        In the second sentence it says:
19   No formal contract was signed between
20   ESPN and the league?
21   A.        Okay.
22   Q.        Now, and then in the middle of
23   the paragraph --
24   A.        You see but it goes on to say
25   that under the ESPN arrangement, at least
```

173

```
1    as Joel Nixon articulated it to the
2    league, he froze where everybody was.
3    Because, again, if -- if everybody can go
4    everywhere, then you won't have a
5    national broadcaster interested in
6    carrying your games nationally.
7    Q.      Now, who is Joel Nixon?
8    A.      At the time I believe he was the
9    vice president of broadcasting for the
10   NHL.
11   Q.      Now, did -- did Joel Nixon have
12   the authority to change the bylaws
13   concerning broadcasting?
14   A.      No, but this may go to the other
15   point that was made and I don't know
16   specifically as I look at this, but
17   whatever you think the rules were in the
18   early eighties, the fact is subsequent
19   things happened that would have modified
20   it.  So obviously there was an agreement
21   even though apparently it wasn't reduced
22   to writing with ESPN.  And my assumption
23   is that agreement was approved by the
24   Board of Governors.  And by approving
25   that agreement, it would have overridden
```

174

```
1    any rule it was inconsistent with at the
2    time.
3    Q.      Okay.  So just -- just -- just
4    to clarify.  You think the event that
5    made the prior rules no longer valid was
6    the signing of the ESPN --
7    A.      No --
8    Q.      -- contract?
9    A.      -- that's not exactly what I
10   said.
11   Q.      Or the --
12   A.      What -- what -- what this does
13   is, whether or not that is the A to B
14   chain of events, the fact is this is an
15   example, assuming that this is accurate,
16   and I have no reason to believe that it's
17   not, the fact is there are things that
18   would have amended the rules that had
19   been entered into.  One such example
20   would be a national TV contract.  This is
21   what I testified to this morning and this
22   is just an example consistent with what I
23   testified to.
24   Q.      Now, let me ask you: █████
25   is in the outer market, would -- would
```

175

```
1    have been in the outside of the sphere of
2    influence for the ████ and the
3    ████████ correct?
```


176

```
6            - - -
7            (Whereupon, Bettman-10,
8    Governors' Minutes, was marked for
9    identification.)
10           - - -
11   BY MR. DIVER:
12   Q.      Exhibit-10 is Bates No.
13   NHL1532925.  It's dated September 27,
14   1982 titled Minutes of the Sixty-Fifth
15   Annual Meeting of Governors of the
16   National Hockey League, held at the
17   Westin Hotel, Toronto on June 21 & 22,
18   1982.
19           MR. KARASIN:  Is there another
20   copy?  This is 10?
21           MR. DIVER:  Um-hmm.
22   BY MR. DIVER:
23   Q.      Okay.
24   A.      Okay.
25   Q.      Turning to page seven, which is
```

177

```
1   Bates No. ending 931.  See item number
2   two?
3   A.      Yes, broadcast regulations.
4   Q.      And it talks about how broadcast
5   regulations for television transmission
6   by U.S. teams has shown in the agenda and
7   attached as an addendum to these minutes
8   were approved unanimously for the
9   1982-83, and 1983-84 seasons.
10          If you turn to Bates No. ending
11  940, you will see broadcast regulations.
12  A.      Okay.
13  Q.      There's an overview.  And after
14  the numbers it says for the benefit of
15  those in the NHL who not participate in
16  the creation of this concept in 1979-80,
17  some background is in order.
18          It discusses the creation of the
19  spheres of influence.
20  A.      Actually, it talks about cable
21  renders this convenience obsolete.  It's
22  consistent with the discussion we had on
23  how this all evolves.
24  Q.      Right.  So, because the 50-mile
25  radius home territory was not seen as
```

178

```
1   consistent with the advent of cable
2   television, it created the spheres of
3   influence; is that -- is that your
4   understanding?
5   A.      It says what it is.  I
6   don't remember when or if I ever saw
7   this.
8   Q.      Now, if you look at the next
9   page at the top.  It says:  From this
10  came the concept of establishing for each
11  U.S. club a sphere of influence for TV
12  exploitation purposes that could co-exist
13  with the constitutional home territory.
14  And then it says:  Within the sphere, a
15  club would retain all income from any
16  kind of TV exploitation.
17          And then the next sentence says:
18  Outside of this sphere a club could
19  exercise its constitutional right to
20  exploit its home games.
21  A.      Yes.
22  Q.      And if you turn to page ending
23  in Bates 944.
24          MR. GOLDFEIN:  Is there a
25  question as opposed to reading --
```

179

```
1          MR. DIVER:  There will be.
2          MR. GOLDFEIN:  -- excerpts --
3          MR. DIVER:  I want to make sure
4   we're all on the same page.
5          MR. GOLDFEIN:  -- and partial
6   sentences.
7          It's not an appropriate way of
8   examination.
9   BY MR. DIVER:
10  Q.      Okay.  I just want -- well, do
11  you see paragraph two at the bottom?
12  A.      Um-hmm.  That would be a yes.
13  Sorry for the um-hmm.
14  Q.      Now, do you understand this rule
15  is to be consistent with the 1984
16  regulations in the president's letter?
17          MR. GOLDFEIN:  Object to the
18  form of the question.
19          THE WITNESS:  They are what they
20  are, they say what they say.
21  BY MR. DIVER:
22  Q.      Turning back to page seven.
23  A.      Page seven of the minutes?
24  Q.      Yeah.  At the top, do you see
25  where it refers to U.S.A. cable
```

180

```
1   agreement?
2   A.      Yes.
3   Q.      You are aware of the National
4   Hockey League's national contract with
5   the U.S.A. Network at that time?
6   A.      I am based on the fact that you
7   just refreshed my recollection.  I
8   wouldn't have focused on it otherwise.
9   Q.      Okay.  Were you aware of -- of
10  that contract when you wrote the letter
11  resolving the        and --
12  A.      I wrote the letter 17 years ago,
13  I really don't recall.
14  Q.      Now, going back to the letter.
15  I want to turn to page seven of the
16  letter.
17  A.      Okay.
18  Q.      Second paragraph.  You discuss
19  that -- in the middle of that paragraph,
20  that a national cable contract would have
21  little value if geographically-distant
22  clubs could rob the national broadcaster
23  of exclusivity or free ride on its
24  efforts.
25  A.      I think I said that to you a few
```

181

1    minutes ago.
2    Q.      Now, what do you mean by robbing
3    the national broadcaster of its
4    exclusivity?
5    A.      The -- the fact of the matter is
6    a broadcaster, whether or not it's in the
7    local territory which we discussed
8    before, or nationally, has to make a
9    substantial investment in addition to
10   paying for rights fees.  They have to pay
11   for production.  They have to pay for
12   promotion.  They have to schedule other
13   programming.  They have to do brand
14   building both their own and the entities
15
16
17
18
19   Q.      Now, is that a concept of
20   exclusivity or is that something else?
21   Did -- did -- did ESPN have an exclusive
22   right to broadcast NHL games in
23   Rochester?
24   A.      They had the exclusive right to
25   carry games nationally.  And nationally

182



1
2
3
4
5
6
7
8    Q.      And how does that -- put that in
9    concrete terms for ██████  How -- how
10   was the broadcasting of the ████
11   robbing --
12
13
14   
15
16
17
18
19
20
21
22
23
24
25   Q.      So it's not strictly speaking

183

1    exclusivity it's a dilution issue?
2    A.      I -- I think -- I think -- I
3    think you're -- you're --
4            MR. GOLDFEIN:  Object to the
5    form.
6    BY MR. DIVER:
7    Q.      I'm trying to understand.
8    A.      Okay.  What -- what -- see,
9    there are different forms of exclusivity.
10   There can be exclusivity of a particular
11   game.  There can be exclusivity of a
12   particular time.  There can be
13   exclusivity in terms of the exploitation
14   of certain types of rights.  So the fact
15   that I may have the exclusive national
16   rights as a broadcaster means that nobody
17   else can carry games nationally.  By the
18   same token, while I'm exercising those
19   rights, I might have exclusivity on
20   Saturday nights.  So that there are no
21   other games allowed other than the games
22   I am taking on Saturday nights.  Or I may
23   have exclusivity as to a particular game,
24   such as on a Monday or Sunday night I say
25   I'm gonna televise the Rangers playing

184

1    Chicago and I have the exclusive right to
2    that game so the local regionals can't
3    carry it, and as a result I'm not
4    blacking out.  So there are all different
5    kinds of exclusivity.  So when you say
6    exclusivity has something to do with it,
7    you really have to be much more specific
8    as to the type of exclusivity you're
9    talking about.
10   Q.      I -- I understand.  I'm -- I'm
11   just trying to understand the exclusivity
12   at issue here.  If -- ESPN was not able
13   to exclude the Sabres from broadcasting
14   in Rochester, correct?
15   A.      Well, ES -- ESPN according to
16   this document, again, which is 17 years
17   old --
18   Q.      Right.
19   A.      -- apparently Joel Nixon told
20   everybody in the league, ESPN's going to
21   take our national rights, remember we
22   didn't have a national contract before
23   this, unlike the other major sports, so.
24   Q.      Didn't we just say that they had
25   a --

185

```
1    A.       U.S. --
2    Q.          -- national contract with the
3    U.S.A. Network?
4    A.          -- yeah, but I don't even know
5    that it was in effect at the time.  It
6    was a modest agreement.  What was it, a
7    million six?  What -- what they were
8    trying to do is say, okay, everybody's
9    frozen where they are.  Because if
10   there's more creeping ESPN's gonna feel
11   that what they have nationally is going
12   to be diluted.
13   Q.       Because they'll be more games --
14   A.       There'd be more games.
15   Q.          -- broadcast by --
16   A.       In more places.
17   Q.       In more places.
18   A.       Exactly.
19   Q.       Now, let me -- and then you also
20   say that a national cable contract would
21   have little value if
22   geographically-distant clubs could free
23   ride on its efforts.  What do you mean by
24   free-riding in that instance?
25   A.       In other words, ESPN is trying
```

186

```
1    to promote us, invest in us, as a
2    national property but if everybody else
3
```



```
9    Q.       But that would also increase the
10   investment of the clubs who are trying to
11   compete for audiences in upstate New
12   York?
```



187



```
17   Q.       But it would be caused by an
18   over proliferation of --
19   A.       Well, that's -- you're
20   characterizing it in words I am trying to
21   describe what it is.
22   Q.       Now, the          is
23   broadcast into          correct, as far
24   as you know?
25   A.       I -- I -- I would have to look
```

188

```
1    at the map.  I assume so but I would have
2    to look at the map.
3    Q.       Now, would the free-riding
4    analysis be any different for
5
6    A.       The further you get away from
7              the lesser of an issue it is.
8    The closer you get to
9                        the less it is.
10   It's a balancing act.
11   Q.       It's -- it's more of an issue
12   because it may cause more harm to the
13
14   A.       Well, and the national package
15   as we discussed.
16   Q.       And how does it -- how does it
17   affect ESPN more if there are games in
18
19
20   A.       The further -- the further you
21   are away from the -- there used to be a
22   saying which has morphed over time that
23   games are important and have value in the
24   shadow of the arena.  That's obviously
25   been stretched, but the further you get
```

189

```
1    away from stadium or the arena, the more
2    attenuated it gets.
3    Q.      But there was sufficient
4
```

```
6    A.      Ot -- or it may have just been
7    simply that              was being carried
8    there because of other programming.  They
9    may have had the              at
10   the time and they didn't have a team in
11             And since the regional channel
12   was married up there they wanted to
13   continue to have the same programming.
14   You gotta remember, these regionals carry.
15   a variety of things.
```


190

```
1    prospects continued to grow.
2          You okay?
3    Q.      Now, let me ask you anothar
4    question about the national TV eontracts.
5    A.      Which one?
6    Q.      When there's a national TV game
7    on broadcast today, doesn't matter, ate
8    the rotings for those games higher in
9    markets that have strong hockey teams?
10         MR. GOLOFEIN:  Object to the
11   form of the question.
12         Incomprehensible.
13   BY MR. DIVER:
14   Q.      When tho -- when the NBC Sports
15   Network shows a game --
16   A.      Are you talking NBC now or NBC
17   Sports Network?
18   Q.      Start with Sports Network.  When
19   they show a game involving New York and
20   Los Angeles, are the ratings for that
21   game higher in Oetroit than they would be
22   in less traditional hockey --
23         MR. GOLOFEIN:  Object to the
24   form --
25         MR. DIVER:  -- cities as a
```

191

```
1    generol matter?
2          MR. GOLDFEIN:  Object to the
3    form of the question.
4          THE WITNESS:  General matter
5    questions are always difficult to answer.
6    So let me -- let me try this.  There's a
7    variety of factors that go into ratings.
8    It could be the following of the team.
9    We have some teams that are 100 years old
10   and some that are 12 years old.  So that
11   if you're a team that's 100 years old,
12   you probably have a wider, deeper group
13   of fans than a mora recent team in a
14   so-called newer and nontraditional
15   matket.
16         Ratings are impacted also by the
17   market of the team playing.  So if -- if
18   -- if you have Boston or Chicago, for
19   example, playing in the Stanley Cup final
20   your rating may be greater because there
21   ate more people in those markets who are
22   watching the team.  The team playing, its
23   history, its strength, how well it's
24   ploying, how well known it is are all
25   factors that go into what the ratings
```

192

```
1    are.
2    BY MR. DIVER:
3    Q.      Well, let's take the -- the
4    Stanley Cup from last year with Boston
5    and Chicago.
6    A.      Um-hmm.
7    Q.      Would tho ratings for those
8    games -- were the ratings for those games
9    higher in Detroit than they were in
10   Miami?  Would you --
11   A.      Off the top of my head 1 don't
12   know.  I would guess probably yes.
13   Q.      And that would be presumably
14   because --
15   A.      Most of the ratings, though,
16   most of the people watching, came out of
17   Boston and Chicago.
18   Q.      But there are also -- but -- but
19   there are also fans who watched these
20   games in other eities?
21   A.      Some.  We -- we -- we tend to
22   have a little more difficulty with this
23   than other leagues.  Our fans tend to
24   focus on who's playing more than just
25   pure NHL hoekey beause the history of
```

193

```
 1   the league is such there are some teams
 2   that are older than others, coupled with
 3   the fact that when we didn't have
 4   extensive national broadcasting, your
 5   ability without a national broadcaster to
 6   follow the playoffs was limited.
 7   Q.      But there's enough interest, is
 8   there not, in national non-playing
 9   markets for there to be a national
10   coverage of the playoff games?
11   A.      Well, there is new for the first
12   time.  Took us a long time to get there.
13   It took me -- took me 18 or 19 years to
14   get us to that point.
15   Q.      Now, does the NBC Sports Network
16   free ride on the efforts of the Detroit
17   Red Wings for developing the hockey
18   market in Detroit thereby raising its
19   ability to obtain ratings in Detroit?
20   A.      I don't think they're
21   free-riding.  I think everybody works in
22   conjunction to grow the product -- the
23   product.  And NBC is paying us $2 billion
24   for the privilege of doing that.
25   Q.      But they're benefiting from the
```

194

```
 1   efforts of the clubs who have
 2   developed --
 3   A.      Well, it -- it -- it goes both
 4   ways.  I think the profile of the Red
 5   Wings has an important property, has been
 6   raised by NBC.  And I also think NBC
 7   benefits by having the Detroit Red Wings
 8   followed and having their games on
 9   national TV.
10           MR. DIVER:  Let's go off the
11   record for five minutes.
12           THE WITNESS:  Sure.
13           THE VIDEOGRAPHER:  1:51, we are
14   off the record.
15               - - -
16           (Whereupon, a short break was
17   held off the record.)
18               - - -
19           THE VIDEOGRAPHER:  This begins
20   disk three.  The time is 1:59.  We are
21   back on the record.
22   BY MR. DIVER:
23   Q.      Okay.  I want to change goars
24   and turn to the collective-bargaining
25   agreement which -- a portion of which
```

195

```
 1   will be Exhibit-11, I believe.
 2               - - -
 3           (Whereupon, Bettman-11,
 4   Collective-Bargaining Agreement, was
 5   marked for identification.)
 6               - - -
 7   BY MR. DIVER:
 8   Q.      Now, I have --
 9   A.      This is all of it?
10   Q.      No.
11           MR. GOLDFEIN:  No.
12           THE WITNESS:  I was going to
13   say, didn't look that way to me.
14   BY MR. DIVER:
15   Q.      I -- I have pulled this from the
16   NHL.com website.  Because it's 500 pages
17   long I have taken the liberty of
18   including only the table of contents,
19   article 49 which is entitled:  Player
20   Compensation Cost Redistribution System.
21   And article 50 which is entitled:  Team
22   Payroll Range System.
23           Now --
24           MR. GOLDFEIN:  I'll just state
25   my general objection to the use of this
```

196

```
 1   document, which is incomplete rather than
 2   the entirety of the document.
 3           THE WITNESS:  And we'll go one
 4   step further and assume this is what it
 5   purports to be because nobody's checked.
 6   BY MR. DIVER:
 7   Q.      So does the NHL have a player
 8   salary cap system?
 9   A.      Yes.
10   Q.      And is that what I just referred
11   to as --
12           MR. GOLDFEIN:  You need to be
13   specific as to time here.
14           MR. DIVER:  I'm -- I'm currently
15   discussing the current
16   collective-bargaining agreement.
17           THE WITNESS:  That's the way I
18   took the question, Shep.
19           MR. GOLDFEIN:  Okay.
20           THE WITNESS:  Especially since
21   I'm looking at the CBA.
22   BY MR. DIVER:
23   Q.      And -- and that's what's covered
24   by article 50, the team payroll system?
25   A.      In essence.
```

197

1    Q.      And to follow up on Mr.
2    Goldfoin's question, the team has had a
3    similar but somewhat different system
4    since --
5            MR. GOLDFEIN:  The league.
6            THE WITNESS:  The team or the
7    league?
8    BY MR. DIVER:
9    Q.      Excuse me.  The league.  Since,
10   what, 2005; is that correct?
11   A.      Yes, yes.
12   Q.      Now, what -- what is the salary
13   cap, currently?
14   A.      Actually, which one?
15   Q.      Desetibe the diffetent caps as
16   you understand them.
17   A.      There are three dlfferent caps.
18   There is a cap on how much the league
19   spends as a whole.  There's a cap on how
20   much any individual team can spend, and
21   there's a cap on what any individual
22   player can get.
23   Q.      Focusing on how much the
24   individual teams can spend, how much is
25   the cap this year?

198

1    A.      I think it's 64.3, I could be a
2    a hundred thousand off.  Those are
3    millions.
4    Q.      And the -- the -- the cap that
5    you deseribed for the amount the league
6    can spend on players, how much is that?
7    A.      50 percent of whatever HRR,
8    which is known as Hockey-Related
9    Revenues.
10   Q.      And is 50 percent also the
11   minimum that the league can spend --
12   A.      Yes.
13   Q.      -- on player salaries?
14   A.      We have to spend 50 percent as
15   of leaguo of HRR.
16   Q.      And how does the cap relate to
17   the league 50 percent?
18   A.      Whish cap?
19   Q.      Excuse me, the team cap.
20   A.      It's -- lt's based an a
21   eomputation.  There's a factor for
22   building and a projection of the
23   following year's revenues based on the
24   then current concluded year's revenues.
25   You take 50 perecnt based on the

199

1    definition of HRR, you take out benefits,
2    you divide by 20 -- by 30, which gives
3    you what is called the midpoint and then
4    you add 15 percent up, and down
5    15 percent for the minimum, roughly.
6    Q.      So the minimum -- what is the
7    minimum this year, team salary?
8    A.      It's probably 52, right?  Is
9    that it?  No, it's 44.
10           MR. GOLDFEIN:  This year --
11           THE WITNESS:  Nobody's at the
12   minimum se who knows.
13           MR. GOLDFEIN:  I mean, just so
14   we don't have a misleading record.  This
15   year chere are -- there are plug numbers.
16           THE WITNESS:  That's right.
17           MR. GOLDFEIN:  This year for
18   this last season and this season were
19   plug numbers for --
20           THE WITNESS:  So it's 44 I think
21   and --
22           MR. GOLDFEIN:  Yeah.
23           THE WITNESS:  -- and 64,
24   somewhere in that range.
25   BY MR. DIVER:

200

1    Q.      Now, you recently announced
2    projected cap for next year; is that
3    correct?
4    A.      What I announced was a
5    projection based upon a projection.
6    Q.      Okay.  And -- and what was your
7    projection based upon your projection?
8    A.      Of the cap about ?1 million.
9    Q.      And next year will the cap be
10   determined not by plug numbers but by the
11   pereentages?
12   A.      That's correct.
13   Q.      And f don't know if my math is
14   good enough to knew if I subtract 30
15   percent from that will 1 get the floor or
16   do I have to do it more --
17   A.      No, yeu have to do 15 perecnt.
18   Q.      15 up, 15 down?
19   A.      Right.
20   Q.      But that would be roughly --
21   A.      Yeah.
22   Q.      -- roughly, okay.  Now, what is
23   the purpose of the minimum payroll?
24   A.      Well --
25   Q.      -- level?

201

```
1    A.      -- let's not pick out one piece.
2    The purpose of the way the system works
3    is to create en environment where all
4    teams con be competitive.
5    Q.      And how does the system work to
6    achieve it?
7    A.      Well, by creating a range within
8    which everybody's spending, theoretically
9    everybody will have enough money and not
10   spend too much money to ice a team that
11   would make the competitions competitive.
12   It's what we call competitive balence.
13   Q.      Now, is payroll spending the
14   primary determinant of competitive
15   balance?
16   A.      It con be, not necessarily. You
17   can spend e lot ef money and hsve a team
18   that doesn't perform well. It tends to
19   be aberrational. You can spend a little
20   within the range and have a team that's
21   competitive but that alse tends te be
22   aberrationel. We think we've created e
23   band based on the composition of your
24   team, experience versus young kids,
25   developing versus veterens, that should
```

2D2

```
1    enable ell teams te have en opportunity
2    to be competitive. And if you leek ot
3    our competitive balances since the
4    inetellotion of this system. It's been
5    nothing short of phenomenal, probably the
6    best compotitive belances we have ever
7    had end maybe seme hove suggested the
8    best competitive belence that any sport's
9    ever seen.
10   Q.      Now, when you sey since the
11   system hae been implementad you are
12   talking about since 2005?
13   A.      Yeah.
14   Q.      And you haven't seen eny
15   evidence that the current CBA made thet
16   any lees che case?
17   A.      No, competitive balance is still
18   strong.
19   Q.      How -- hew -- how do you measure
20   competitive balances?
21   A.      You -- you -- some -- some of it
22   is intuitive, but I've only been in
23   professional sports for 32 years, but I
24   look at what's going on night in end
25   night aut on any given night cany any team
```

203

```
1    win. And we look at the zoces to the
2    playoffs, which lots of teams in it for
3    as long es poseible. And then when you
4    get to tho playoffs unpredictability.
5    And we've had in the lest seven or
6    cight years toams that just make it inte
7    the playoffs going to the Stanley Cup
8    final.
9    Q.      Now, is it the league's position
10   that maximizing competitive belance would
11   be beneficiel er is therc an appropriate
12   levol of competitive balance that's short
13   of that?
14   A.      I think you went gomes to be as
15   competitive, playoff reces to be as
16   competitive, yeu wont the playoffs to be
17   as competitive es poseible.
18   Q.      And the reason for that is
19   because you like it or because you think
20   it drives fan interest?
21   A.      I think it drives fan interest,
22   which is why I like it.
23   Q.      Feir enough. Now, have you done
24   any analysis to see the relation between
25   various measures of competitive balance
```

204

```
1    ond fan interest?
2    A.      All -- all of that stuff is
3    around. Our fan interest based on data
4    thet we see is -- is very high. The --
5    the game, the product that's known es the
6    NHL, is eomething that seems te heve more
7    than satisfactory span -- fon response.
8    Q.      Now, you said you have more --
9    you hove a higher level of competitivc
10   balances then potcntially any other
11   sports league. Are you including sports
12   leagues in othcr countries in that
13   analysis?
14   A.      No.
15   Q.      Just -- just in the American --
16   A.      North America.
17   Q.      Do you ever compare the
18   competitive belence level of the NHL to
19   leagues in other countries?
20   A.      I mean, I'm aware of anecdotally
21   but it's not something that I spend a lot
22   of time dwelling on.
23   Q.      Now, if -- if -- if maintaining
24   a relative -- now, is -- is the -- is the
25   payroll range that you've instituted --
```

205

```
1    is -- is the difference between the top
2    and the bottom higher ot lower than in
3    other leagues --
4              MR. GOLOFEIN:  Object to the
5    form of the question.
6              MR. OIVER:  -- in the United
7    States?
8              THE WfTNESS:  I think if you are
9    referring to the range, I think it's
10   narrower than other leagues.
11   BY MR. DlVER:
12   Q.        And -- and -- and so -- so you
13   have a closer payroll range and because
14   of that you think --
15   A.        Closer or comparable.
16   Q.        Now, do you also cmploy a
17   revenue-sharing system?
18   A.        Yes.  It has a fancier name that
19   you read as article 49, but, I think it's
20   players cost redistribution system,
21   something like that.
22   Q.        Player compensation cost
23   redistribution system.
24             That was very good.
25   A.        Not axactly good, but close
```

206

```
1    enough.
2    Q.        Now, before talking about the
3    ployer compensation cast redistribution
4    system, do the clubs share gata receipts
5    with visiting clubs?
6    A.        No.
7    Q.        Do they share any other revenue
8    derived from the arena with visiting
9    clubs, conessions, parking?
10   A.        No.
11   Q.        Do they share any television or
12   radio revenue with other clubs?
13   A.        Nationally, national revenues
14   that we generate through national
15   contracts or through NHL Enterprises
16   business we share equally.
17   Q.        But the -- but the revenues that
18   are not tesulted from national contracts
19   that the teams generate they don't share
20   any of those with the club they're
21   partieipating in the game with --
22             MR. GOLOFEIN:  Object to the
23   form of the question.
24             MR. OIVER:  --- is that correct?
25             MR. GOLOFEIN:  It's laeking
```

207

```
1    foundation.
2              THE WITNESS:  As a genetal
3    matter, yes.
4    BY MR. DIVER:
5    Q.        Now, why does the NHL not share
6    revenue in this mannet?  Why does it
7    choose a different mannor?
8    A.        Well, it's not atypieal for
9    sports but the fact is that's the model
10   that's evolved.  Everybody owns their
11   team and their market, and teams try
12   while they're part af the broader NHL
13   business and they derive their value from
14   being part of the NHL what they invest in
15   locally and the opportunities that they
16   have in their markets is something that
17   they do and they invest in.
18   Q.        And they do that because that
19   incentivizes tha clubs to invest or what
20   -- what is the value in that?
21   A.        This is all part of the
22   balancing act.  And -- and the goal is
23   within the construct, it's the NHL, is to
24   try to maximize revenues and maximize how
25   we think within that balance we can best
```

208

```
1    interact with our fans, for the benefit
2    of the game and to maximize revenues.
3    Q.        But you've also decided to share
4    some of the revenues that are generated
5    that -- that way, correct?
6    A.        I'm not sure f understand the
7    question.
8    Q.        The -- the -- the player cost
9    redistribution system?
10   A.        Well, that's -- that's revenua
11   sharing in -- under another name to
12   ensure that all teams have an opportunity
13   to afford to ba competitive.
14   Q.        And why is that a superior
15   system to sharing gate revenue or -- or
16   local television revenue with --
17   A.        It's -- it's just different af
18   how you defina it.  Clubs -- clubs that
19   typically have the biggest revenues are
20   writing the biggast chacks.
21   Q.        But the system that you have is
22   no better or worse than the system I've
23   described would be?
24   A.        No, we think our system works
25   wall.  You'te -- you're describing a
```

209

```
 1   system you made up.  I'm describing a
 2   system that we're actually using.
 3   Q.     But -- but you don't have a --
 4   I'll leave it there.
 5          Now --
 6             - - -
 7          (Whereupon, Bettman-12,
 8   SportsBusiness Journal printout, was
 9   marked for identification.)
10             - - -
11   BY MR. DIVER:
12   Q.     Now, Exhibit-12 is a printout
13   from the internet.  An article from
14   SportsBusiness Journal dated August 1,
15   2005, entitled:  Inside the Complex NHL
16   Deal.
17   A.     Okay.
18   Q.     Now, you can take your time with
19   it.
20   A.     I don't -- you know what, it's
21   written by the media on our business.  I
22   assume you are not going to assert that
23   what's in here is factual.  If you have a
24   question ask me.
25   Q.     My -- my question pertains to
```

210

```
 1   the bottom two lines of -- of this page,
 2   my initial question, which appear to be a
 3   quote from Bill Daly.  Just for the
 4   record who is Bill Daly?
 5   A.     Deputy commissioner.
 6   Q.     Now, he's quoted as saying:  Our
 7   view on revenue sharing has always been
 8   that you only need revenue sharing to
 9   allow all clubs to afford representative
10   and competitive paytolls, and that's what
11   this revenue sharing does.
12   A.     That's what it says.
13   Q.     Is that an accurate statement of
14   the league's view on revenue sharing?
15   A.     Well, as far as it goes.  I
16   mean, there's a longer story behind this.
17   The fact is your biggest expense is your
18   player costs.  So the theory is if you're
19   getting help with your biggest costs, and
20   in enables you to be competitive, the
21   hope is subject to the structure that we
22   have set up and the balance we have set
23   up with the league and the clubs, the
24   teams hopefully will be in a financial
25   position where they can be competitive,
```

211

```
 1   successful on the ice and viable from a
 2   business standpoint.
 3   Q.     Now, when he says that you only
 4   need revenue sharing to allow all clubs
 5   to afford representative and competitive
 6   paytolls.
 7          What -- what do you take him to
 8   mean by representative and competitive
 9   paytolls?
10          MR. GOLDFEIN:  Object to the
11   form of the question.
12          THE WITNESS:  Actually, I think
13   I just answered it but I'll do it again.
14   To be able to have a team that can
15   compete on the ice and give your fans
16   hope that you're in it.
17   BY MR. DIVER:
18   Q.     And how do you know how close
19   you are as it were?  I mean --
20   A.     You -- you -- you know, let me
21   give you a little bit of an anecdotal
22   piece to this.
23          Before this deal in 2005, we had
24   teams with $20 million payrolls and we
25   had teams with $80 million payrolls.  And
```

212

```
 1   teams with $20 million payrolls obviously
 2   didn't have the same level of skill that
 3   the 80 had.  And if you go back and you
 4   read the commentary they called it the
 5   dead puck era: the clutching, and
 6   grabbing, and hooking and holding.  I
 7   think, since you told me you were a
 8   hockey fan and you know all this, and so
 9   that was -- that lack of attractiveness
10   of the overall product was a function of
11   teams not being able to compete.  We now
12   have an environment where the league
13   ptabably have never been stronger, in
14   terms of its ownership, in terms of its
15   revenues, in terms of its presence, in
16   person or on media.  And that is a
17   function of all of the various pieces
18   that have been put together.  This being
19   an important and essential element of it.
20   Q.     Now, is the revenue range
21   defined by the salaries --
22   A.     Not the revenue range.
23   Q.     I -- I -- is -- is that range --
24   A.     What range?
25   Q.     Is the -- is the salary cap
```

213

```
1   revenue range intended to define what a
2   competitive payroll would be?  If you're
3   at the bottom of the -- of the payroll
4   range, is that enough money for
5   representative and competitive payroll?
6   A.      The --
7           MR. GOLDFEIN:  Object to the
8   form of the question.
9           THE WITNESS:  Well, actually,
10  you're missing -- you called it the
11  salary cap revenue range.  But it's --
12  it's the cap range.  The salary range is,
13  we believe, a band that is narrow enough
14  to have all teams have a chance to be
15  competitive, but wide enough to take into
16  account the disparity in teams.  So for
17  example, if you are the Pittsburgh
18  Penguins and you have Evgeni Malkin, and
19  you have Sidney Crosby, and you have a
20  team that's won the cup and is vying for
21  the cup, your payroll is likely to be
22  higher than the Edmonton Oilers who have
23  three recent first-round draft picks who
24  are all developing and are all under
25  their rookie contracts.  So having a
```

214

```
1   system where everybody has the same
2   payroll is not something that makes sense
3   because the composition of your team
4   skill level and age of the players, where
5   they are in their careers is something
6   needed to account for.
7           So you have to have a range
8   that's wide enough to account for those
9   differentials but close enough that all
10  teams have a chance of being competitive
11  despite where they are on their
12  evolution.  Evolution not revolution.
13  BY MR. DIVER:
14  Q.      Now, one other thing that Mr.
15  Daly says that is quoted is on the very
16  last page.  It's the only line of text
17  above the bottom.  He states:  You don't
18  want a revenue-sharing program that
19  doesn't incentivize performance.
20  A.      Yes.
21  Q.      What does he mean by that --
22  A.      What he's --
23  Q.      -- what is -- what is the
24  concern?
25  A.      What he's saying is we, we as
```

215

```
1   the league want to maximize our business.
2   We want to do it for the benefit of the
3   clubs, we want to do it for the benefit
4   of the players who share.  We want to
5   maximize who we are and what we are for
6   the benefit of our fans and consumers.
7           And so you don't want to just
8   give somebody and all their -- you know,
9   there's accusations in other sports that
10  they revenue share and that the owners,
11  you know, go out, field a team, and the
12  owners pocket the money.  And they don't
13  put in payroll and you don't have
14  competitive balance.  We're looking for a
15  system where everybody's incentivized to
16  compete on the ice as hard as possible
17  and to make their businesses as strong as
18  possible.
19  Q.      And now -- and how does this
20  system prevent to disincentivized  the
21  kind of behavior you've described?
22          MR. GOLDFEIN:  When are we
23  referring to?
24          MR. DIVER:  I'm -- I'm talking
25  about today.
```

216

```
1           MR. GOLDFEIN:  This is about the
2   former collective-bargaining agreement.
3           MR. DIVER:  But it's a general
4   statement.
5           MR. GOLDFEIN:  No, I'm sorry.
6   It's a statement that was made in
7   reference to the former
8   collective-bargaining agreement.
9           MR. DIVER:  Okay.
10          MR. GOLDFEIN:  So timing --
11  timing here is an important issue.
12          THE WITNESS:  Ask the question
13  again.  I'll see if I can answer it.
14  BY MR. DIVER:
15  Q.      Okay.  How does the current
16  collective-bargaining agreement ensure
17  that clubs don't have incentives to
18  behavior as you have described teams in
19  our leagues doing, taking revenue-sharing
20  money and not investing it in the club?
21  A.      Whether or not the system is the
22  system as we are currently using it, or
23  the one under the last CBA, which is
24  10,000 feet quite similar, by having the
25  minimum it -- it ensures that clubs are
```

217

```
 1   spending a minimum level.  The teams that
 2   are getting revenue sharing are
 3   ostensively the clubs that are
 4   revenue-challenged.  So for them to be
 5   able to afford the minimum or the quarter
 6   point or the midpoint, they get help to
 7   do that.
 8   Q.      Now, let -- let me ask you
 9   looking at the article 49, and you may
10   know this well enough, an page 205, at
11   the top under the section entitled:
12   Redistribution -- Redistribution
13   Commitment.
14   A.      Um-hmm, yes.
15   Q.      Now, it defines a redistribution
16   amount that I understand to be 6.055
17   percent of league-wide hockey-related
18   revenue; is that correct?
19   A.      Correct.
20   Q.      Okay.  And then there's a
21   proviso that says:  That in no league
22   year shall the redistribution eammitment
23   exceed the amount necessary to fund all
24   recipient clubs up to the midpoint of the
25   payroll range plus the pro tata benefits.
```

218

```
 1   A.      When -- when -- when you go
 2   through the complicated formula,
 3   theoretically if the team based on the
 4   formally can afford the midpoint then you
 5   don't have to use if there's extra money
 6   left on the 6.055 percent, you don't have
 7   to continue to redistributo it because
 8   everybody based on the formula has enough
 9   money to afford the midpoint, which is
10   midway between thm minimum and the cap.
11   Q.      But there will still be some
12   teams up at the cap and some teams who
13   will -- who will only be able to afford
14   the midpoint; is that correct?
15   A.      No, you -- you -- no, you can
16   get revenue sharing even if you're at the
17   cap.  This is a question of what you can
18   afford to pay bssad on the formulas you
19   have.  So we don't penalize you for
20   spending more, you can't go over the cap,
21   but just because you get money enough on
22   the formula to take you to the midpoint
23   doesn't mean you're limited to spending
24   the midpoint.  If you decide that, you
25   know, you want to invest in another
```

219

```
 1   playet and spent more, you want to write
 2   a check because you think you may lose
 3   money, whatever it is, you have the
 4   ability to do that.
 5   Q.      But this would if -- if you went
 6   past the midpoint, that would, would it
 7   not, continue to equalize to some extent
 8   the ability of the clubs to pay a
 9   payroll?
10   A.      Well, what you're -- what you're
11   suggesting, and the logical extension to
12   that is, we should just take all of our
13   revenues and divide them 30 ways.  That's
14   not how it works for a whole host of
15   reasons, not the least of which is if you
16   operate a building in New York City, for
17   oxample, and you just transformed it at
18   considerable expense, and it happens to
19   have sn event floor on the sixth level,
20   and you happen to have, l don't know, 25
21   or 30 unions, operating that building
22   probably a little bit more costly than
23   operating the building in south Florida,
24   where if there are no unions and the
25   costs are a lots less.  So there's a
```

220

```
 1   eertain reality to where yau're
 2   operating, what investments you hove to
 3   make and what it costs you.
 4   Q.      But I -- I think I'm just ttying
 5   to ask a -- sort of a simple question.
 6   There's -- there's a limit to the amount
 7   of money you want to share with teams who
 8   are doing well enough; is that what is
 9   captured by this?
10          MR. GOLDPEIN:  Objection to the
11   form of the question.
12          THE WITNESS:  The -- if you tead
13   all the language and you quoted some of
14   it, it talks in terms oI having enough
15   money for teams to be competitive.  And
16   at some point if -- if you have enough
17   money based on the formula thot you can
18   afford the midpoint on your own, then
19   surly you should be competitive because
20   at that point maybe you're talking about
21   a $10 million difference in payroll.
22   That's not going to be the determining
23   factor as whether or not you're
24   competitive.
25   BY MR. DIVER:
```

221

```
 1   Q.      Okay.  Now, on page 208, there
 2   are a couple of descriptions and I want
 3   to make sure I understand.  In B at the
 4   top it talks about clubs and DMAs with
 5   less than three million households.  And
 6   then the sentence ony recipient club that
 7   is in a DMA with three million or more
 8   households shall only be eligible to
 9   reteive 50 percent of a full-share
10   distribution?
11   A.      Yes.
12   Q.      Okay.  And how does that work;
13   and -- and whot's the purpose of thot
14   restriction?
15   A.      That was -- the purpose was to
16   give them 50 percent more than they were
17   getting.  Because they were getting zero
18   under the last deal.
19   Q.      And why were they getting zero
20   under the last deal?
21   A.      Theory on some level was that if
22   you were in a certain market size you
23   shouldn't necessarily need the help.  I
24   think with the benefit of the passage of
25   time, we concluded that on some level and
```

222

```
 1   at some point those clubs may well be
 2   eligible also.
 3   Q.      But you've determined to only
 4   allow them to hove 50 percent?
 5   A.      Well, they were getting zero, so
 6   50 pereent was a step along the road --
 7   Q.      But you could --
 8   A.      -- or direction.
 9   Q.      But you could have chosen 100
10   pereent, right?
11   A.      And we eould've left it at zero.
12   And funny, between where you are and what
13   I just described, you get 50 pereent.
14   Q.      Is it the league's position that
15   it should have been 100 percent, wos this
16   negotiated at some point?
17   A.      It was -- well, when you say the
18   league's position it was the Board of
19   Governors that ultimately approved it.
20   And we talked about how the league works.
21   There are tlubs -- some tlubs who thought
22   the big -- the clubs in these markets
23   should get nothing.  These clubs some of
24   them probobly thought they should have
25   gotten s 100 percent.  And as things
```

223

```
 1   evolved, whether or not it's TV rules or
 2   eollective-bargaining agreements, this
 3   seemed to be a logical progression and a
 4   foir progtession from where we were.
 5   Q.      And this is related, is it not,
 6   to Mr. Daly's concern about incentivizing
 7   performanee?
 8   A.      It's a variety of Iaetors --
 9        MR. GOLDFEIN:  Objection.
10        THE WITNESS:  -- the fatt is, if
11   you're in a large markst you would hope
12   that your revenue from loeal media would
13   be strong enough to get you to a certain
14   position.  What we have learned is that
15   is not always the case and so this is how
16   we moved it along the way.
17   BY MR. DIVER:
18   Q.      Okay.  Now, explain subsection
19   D, which is entitled:  Revenue
20   Performante Standards and Effect on
21   Continued Eligibility to Receive Player
22   Compensation Cost Redistribution Funds.
23   A.      Oh, that.  Is -- is it not
24   obvious?  What -- what this is about was,
25   again, another step in the evolution.
```

224

```
 1   Under the old eoileetive-bargaining
 2   agreement we had what we called elaw
 3   backs.  If you weren't increasing your
 4   local -- if you weren't inereasing your
 5   loeal revenues at the same rate as the
 6   league as a whole growing revenues, if
 7   yau didn't have attendanee at a certsin
 8   level, the first couple oI years didn't
 9   matter.  But then if you had it the first
10   ysar you got dotked 25 pereent of your
11   revenue sharing.  This goes to the
12   discussion we had about ineentivizing
13   teams to do more.  If you didn't do it a
14   seeond year in a row it was 40 percent,
15   if you didn't do it a third yeor in o row
16   it was 50 percent.
17        Whot we ultimately roncluded was
18   we -- we might have been taking away
19   money from the clubs that most needed.
20   So what we said is no more claw backs.
21   You get your full share, but after the
22   first two years if you don't have three
23   quarters of the league avetage in gate
24   receipts, then you were going to get what
25   we eolled adult supervision.  We were
```

225

```
1    going to supervise what you're doing,
2    look at your business plans, maybe get
3    you some help.  All in the attempt to
4    help teams grow their revenues.
5    Q.        And --
6    A.        Didn't it say that, just the way
7    I did?
8    Q.        Yeah.  It's the adult
9    supervision defined term.
10   A.        I am being flip with that, but I
11   think it makes the point.
12   Q.        Yeah.  And -- and -- and
13   ultimately following the oversight, is it
14   possible for a club to lose its
15   eligibility for revenue sharing?
16   A.        If it's not -- in other words,
17   if -- if we say you need to hire a senior
18   vice president for ticketing, you know,
19   whose got six years of experience and you
20   refuse to do it then you are not doing
21   those things then, yes, that's the carrot
22   and the stick.
23   Q.        Again, to incentivize the
24   performance of the clubs --
25   A.        Exactly.
```

226

```
1    Q.        -- who are receiving --
2    receiving the money?  Okay.
3              Now, the 6.055 percent, that --
4    that percentage was determined as part of
5    the collective-bargaining process; is
6    that correct?
7    A.        Yes.
8              - - -
9              (Whereupon, Bettman-13, USA
10   Today internet printout, was marked for
11   identification.)
12             - - -
13   BY MR. DIVER:
14   Q.        If you liked to focus your
15   attention on --
16   A.        You know, it's just -- it took
17   me back to another place in time.
18   Q.        I'm sorry to bring you back to
19   that time.
20   A.        It's okay.  I've been there
21   before.
22   Q.        Well, it was before the season
23   started, so --
24   A.        Yes, yes.
25   Q.        -- not quite as dire.
```

227

```
1    A.        It was -- it was getting there.
2              MR. GOLDFEIN:  What's the date
3    of this one?
4              THE WITNESS:  It's August 23rd.
5              MR. GOLDFEIN:  Oh.
6    BY MR. DIVER:
7    Q.        Now, I just want to focus on the
8    paragraph four or five from the bottom
9    that begins with the word Bettman?
10   A.        I know him.
11   Q.        Okay.  In the last sentence of
12   that you're discussing, I understand, the
13   relative positions of the league and --
14   and the player's association?
15   A.        Yes.
16   Q.        It says he pegged revenue
17   sharing in the league's plan at 190
18   million and the revenue sharing in the
19   NHLPA plan of 240 million?
20   A.        Correct, I don't know if those
21   -- I don't remember the NHLPA number but
22   the 190 for us sounded right, and we
23   ended at about 200 based on the revenues
24   at the time.
25
```


228



229

1   Q.      And you ended up successfully
2   negotiating a number that was close to
3   the position that -- that you offered
4   here?
5   A.      Well, sort of.  Because we did a
6   couple of -- we had something called the
7   Industry Growth Fund which is another
8   $20 million a year which can be spent on
9   discretionary problems that comes as
10  revenue sharing so it really takes us
11  closer and, again, the number goes up
12  because as the revenues grow to 6.055
13  grows --
14  Q.      Right.
15  A.      -- I think based on these
16  numbers at this time it really wound up
17  at about 220 million.  So we wound up
18  probably closer to what the union was
19  demanding than people think at first
20  blush.
21  Q.      But in terms of the percent you
22  were offering percentages and they were
23  countering with a percentage; is --
24  A.      Well, they were --
25  Q.      -- that fair?

230

1   A.      -- everybody was doing formulas
2   and approaches and suggestions.  And
3   that's probably also how we came up with
4   the industry growth fund which wasn't --
5   that part was done on absolutes dollars
6   as opposed to percentage.
7   Q.      But -- but it's -- but it's a
8   little bit more generous than you thought
9   was necessary for --
10  A.      Well, we agreed to what we
11  thought was sensible and fair.
12  Q.      Okay.
13  A.      We didn't -- listen, not
14  everybody got everything they wanted
15  easily.  That's why we had a lockout.
16          MR. DIVER:  Now, let me -- what
17  time is it?
18          MR. LECKMAN:  2:34.
19  BY MR. DIVER:
20  Q.      Now, I want to focus on -- I
21  want to turn back to the territorial
22  system.  And your view is the system is
23  necessary; is that correct?
24  A.      You call it a territorial
25  system.  I'm -- I'm a little uneasy just

231

1   agreeing to that characterization.  The
2   fact of the matter is we have structured
3   our rules for distribution of our media
4   through rules, through contracts, both
5   locally and internationally in a way that
6   we think has maximized both revenues and
7   the output of our games to the greatest
8   number of people.
9   Q.      And to the extent that that
10  system involves the television
11  territories, do you think that that's
12  necessary for that purpose?
13  A.      Absolutely.



232











237

```
1    and let everybody go everywhere it's
2    fine.  But if everybody's going
3    everywhere else everybody else is coming
4    in.  And that is going to drive the
5    weaker teams not only off the air but
6    probably out of business.
7    Q.       Now, have you done any -- have
8    you hired any economists or done any
9    formal analysis that shows which teams
10   would be able to -- to obtain television
11   contracts in a competitive market?
12   A.       I haven't but I assume my
13   lawyers will do it for purposes of this
14   litigation.  But I gotta tell you, I've
15   only spent 32 years of my life in this
16   business and what I'm telling you is what
17   I believe from working in this business
18   for 32 years.
19   Q.       Have you ever -- has the league
20   ever analyzed the territorial practices
21   of leagues in other countries to see
22   whether the results that you descriDed
23   were obtained?
24   A.       In our countries?
25   Q.       Um-hmm.
```

238

```
1    A.       We went through a long
2    discussion earlier today, the country
3    north of us, at the 49th parallel, is the
4    longest undefended border in the world
5    has different TV practices than here.
6    What's going on in Europe I don't think
7    is particularly relevant to what we're
8    doing here.  It's a different
9    marketplace.
10   Q.       Now, you stated earlier that
11   demand for hockey programming rights by
12   broadcasters is at an all time high.
13   Does that affect this analysis?
14   A.       My analysis?  The fact that it's
15   at an all time high is because everything
16   I believe in is finally coming to
17   fruition.
18   Q.       And -- and -- and -- and the
19   fact that live programming is especially
20   desirable and that television programmers
21   are demanding sports rights for that
22   purpose, does that affect the analysis?
23   A.       Everything that's going on
24   affects my onalysis.
25   Q.       Are there any other reasons
```

239

```
1    besides your contention that certain
2    teams would not be able to obtain
3    television contracts that make the
4    territorial system necessary?
5    A.       You know, I've spent too much
6    time over the lost 21 years desling with
7    distressed franchises.  I know which
8    franchises are otrong and what makes them
9    strong, and I understand when franchises
10   struggle.  If you're asking me do I
11   bclieve that the balance of how we
12   practice our media policy through our
13   rules and our contracts is essential to
14   the fact that we are where we are today,
15
16
17
18   Q.       But are there othor reasons?
19   A.       You're --
20            MR. GOLDFEIN:  Object to the
21   form of the question.
22            THE WITNESS:  1 -- I don't
23   understand the question about other
24   reasons.  We -- we've spent, I don't
25   know, four or five hours talking about
```

240

```
1    all of the issues that affect.  You --
2    you -- you like to point to one thing ond
3    ossume thot that's the hot button.
4    They're a myriad of issue that go into
5    all of this, okay.  And -- I'm giving
6    you my analysis and ultimately the
7    business judgment of the board that I
8    work for as to why what we're doing is,
9    A, essential to the continued operation
10   of this league with 30 teams.  And, B,
11   what we need to do to be effective
12   competitors in a very complex
13   entertainment marketplace.
14   BY MR. DIVER:
15
16
17
18
19
20
21
22
23
24
25
```







241

242

```
17  Q.      Now, in -- in Tampa, a hockey
18  fan can actually watch a game involving a
19  team other than the Tampa Bay Lightning
20  most nights of the week; is that correct?
21  A.      In a variety of forms certain
22  fans can do that.  You can either get the
23  national package for the games that are
24  distributed, if you get the NHL Network
25  you are that level of fan.  If you get an
```

243

```
1   outer market package, you could do that
2   as well.
3   Q.      And even without doing that, the
4   NBC Sports Network and NHL Network games,
5   they are more such games broadcast into
6   Tampa than there are Tampa Bay Lightning
7   games; is that fair?
8           MR. GOLDFEIN:  Object to the
9   form of the question.
10          THE WITNESS:  In -- in -- it's
11  -- they're available in certain formats,
12  yes.  But the numbers, as -- as I'm sure
13  you know or will know, aren't as dramatic
14  as -- as basic cable or free TV.
15  BY MR. DIVER:
16  Q.      But NBC Sports Network is on
17  expanded basic cable, correct?
18  A.      It's -- I assume it's on basic
19  or expanded basic, but those are the
20  national games.  And, again, that's the
21  balance.  They're not an unlimited number
22  of games.
23  Q.      And as you increased the number
24  of national games into Tampa and
25  elsewhere, has that driven down the
```

244

```
1   ability of Tampa to obtain local rights
2   agreements?
3           MR. GOLDFEIN:  Object to the
4   form of the question; lacks foundation.
5           THE WITNESS:  My own belief is
6   to the extent that we are making
7   ourselves as a league a stronger
8   property, 
9   
10  
11          That helps raise the body for
12  everybody.  But, again, it's a balancing
13  act and if you go too far over the edge
14  you not only jeopardize the national
15  presence and platforms, you jeopardize
16  the local as well.
17  BY MR. DIVER:
18  
19  
20  
21  
22  
23  
24  
25
```

245



246

247



248

8   Q.      But when -- but when NBC
9   SportsNet and NHL Network come into Long
10  Island that does not drive fans away from
11  the Islanders?
12  A.      It's limited -- a more limited
13  number.
14  Q.      Because it's a more limited
15  number, okay.
16  A.      It's a balance.  It's about
17  striking the right balance.  And for us,
18  the balance has never been better than
19  it is right now, which is why the game
20  both on the ice and off the ice is
21  probably the strongest it's ever been.
22  Q.      Now, when you started as
23  commissioner, were there two few games of
24  outer market teams available on any given
25  market?

249

```
 1   A.      I don't -- if there was an outer
 2   market package it may -- it -- it had
 3   just begun.  We're going back to 1993.
 4   Q.      But on the ESPN site.
 5   A.      Oh, on ESPN.  They were doing a
 6   couple of games a week, but, again, they
 7   were blacking out locally.
 8   Q.      And that was not the appropriate
 9   balance between local broadcast and --
10   A.      Considering we were getting, I
11   think $10 or $11 million a year and we
12   didn't have an over-the-air presence, I
13   don't think that was such a good balance.
14   Q.      But -- but you struck the
15   correct balance you think now?
16   A.      It's only taken 19 -- 17 years,
17   these things evolved.
18   Q.      Now, let me -- now, as a matter
19   of fact, in terms of the number of games
20   that a fan can get in Tampa, the Tampa
21   fan can get nearly every game; is that
22   correct?
23   A.      Some Tampa fans, depending on
24   what it is you're looking to subscribe
25   to.
```

250

```
 1   Q.      Now, why does that not injure
 2   the Tampa Bay Lightning?
 3   A.      Because you're having a select
 4   group of fans make a decision as to what
 5   they want.  There's some number of
 6   displaced fans who are willing to
 7   subscribe to the package.  But I think,
 8   you know, maybe we have a quarter of a
 9   million Center Ice subscribers in the
10   U.S., maybe we have 250, 275 GameCenter
11   Live.  Again it's balances in terms of
12   the raw numbers.
13   Q.      And why are fewer people
14   watching the games on GameCenter Live and
15   Center Ice than they would if the games
16   were brought in directly by the clubs to
17   Tampa?
18           MR. GOLDFEIN:  Object to the
19   form of the question.
20           THE WITNESS:  I also don't
21   understand the question.  You're --
22   you're asking me as to why something
23   would happen that doesn't exist.
24   BY MR. DIVER:
25
```



251



252

```
 1
 2
 3
 4
 5
```



```
 6   Q.      Now, if Center Ice were
 7   available more broadly on cable, that
 8   would cause a problem?
 9   A.      You mean potentially it would
10   cause a problem.  The -- the networks
11   know what we do, okay.  All of the
12   leagues have outer market packages.  If
13   the networks felt too threatened by the
14   outer market packages, they understand
15   what they are and how they work, then
16   they wouldn't want to have the packages
17   they have on a national basis.  They
18   would either be nonexistent or less
19   valuable.
20   Q.      Now, if you had given away
21   Center Ice for free last year as some
22   people had recommended, would that have
23   caused the problem that we are discussing
24   now?
25   A.      I think it would have devalued
```

253

1   the product.  I think discounting it as a
2   we're back and we're sorry was enough,
3   but you don't -- you don't want to give
4   it away.  You don't want, as we
5   discussed, you don't want to turn this
6   into the music industry.
7   Q.      Would too many people be
8   watching too many other games in Tampa
9   and elsewhere if that had been the case?
10  A.      But last year would have been an
11  aberration.  In other words, you're --
12  you're -- you're asking me a question on
13  what happened on a season that wasn't
14  complete because there's a lockout and I
15  am trying to respond to you as a matter
16  of general policy as to what would happen
17  over time.
18  Q.      If -- if -- if Center Ice were
19  to cost $10 this year would that be
20  harmful to the ability of Tampa Bay, the
21  Islanders to get --
22  A.      It -- it --
23  Q.      -- television contracts?
24  A.      Sure.  If I go to iTunes and can
25  buy How I Met Your Mother for two bucks,

254

1   why would I give away an NHL game for two
2   and a half hours for 20 cents?  It makes
3   no sense.  And so if you use that math,
4   if somebody wanted 82 games of a team on
5   Center Ice and they pay $169, well let's
6   see, 82 games times two is 164 and in
7   addition we give you another 800 games
8   for nothing.  I think in terms of
9   reaching out to our fans and giving them
10  great value we do an incredible job.
11          MR. DIVER:  Let's take a
12  five-minute break.
13          THE VIDEOGRAPHER:  2:58, we are
14  off the record.
15              - - -
16          (Whereupon, a short break was
17  held off the record.)
18              - - -
19          THE VIDEOGRAPHER:  The time is
20  3:06.  We are back on the record.
21          MR. DIVER:  Plaintiffs have no
22  more questions at this point.
23          MR. GOLDFEIN:  We will take a
24  minute.
25          THE VIDEOGRAPHER:  3:06, off the

255

1   record.
2               - - -
3           (Whereupon, a discussion was
4   held off the record.)
5               - - -
6           THE VIDEOGRAPHER:  3:07, back on
7   the record.
8           MR. GOLDFEIN:  We have no
9   questions.
10          Thank you.
11          MR. DIVER:  Thank you.
12          THE VIDEOGRAPHER:  The time is
13  3:07, we are off the record.
14              - - -
15          (Whereupon, the deposition
16  concluded at 3:07.)
17              - - -
18
19
20
21
22
23
24
25

256

1       I, Nicole Alessi, Certified
2   Professional Reporter, certify that the
3   foregoing is a true and accurate
4   transcript of the trial transcript, held
5   before me at the time, place and on the
6   date herein before set forth.
7
8   I further certify that I am neither
9   attorney nor counsel for, not related to
10  or employed by, any of the parties to the
11  action in which this deposition was
12  taken; further, that I am not a relative
13  or employee of any attorney or counsel
14  employed in this case, nor am I
15  financially interested in this action.
16
17
18
19          Nicole Alessi
20
21
22          Certified Professional Reporter
23
24
25