# ALSTON&BIRD LLP

333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410

213-576-1000
Fax: 213-576-1100
www.alston.com

Andrew E. Paris         Direct Dial: 213-576-1119         Email: drew.paris@alston.com

March 17, 2015

**VIA ECF**

Honorable Shira A. Scheindlin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

    Re:    *Laumann, et al. v. National Hockey League et al.*, 12-cv-1817 (SAS); *Garber, et al. v. the Office of the Commissioner of Major League Baseball et al.*, 12-cv-3704 (SAS)

Dear Judge Scheindlin:

    We represent the DIRECTV Defendants and write on behalf of all Defendants in the above-captioned matters.

    We hereby withdraw Exhibits 6 and 7 to Dr. Ariel Pakes' February 2, 2015 Supplemental Declaration, February 3, 2015 Corrected Supplemental Declaration and March 12, 2015 Second Supplemental Declaration. Defendants will not rely on these exhibits in their challenge to Dr. Noll's third model.

                            Respectfully submitted,

                            */s/ Andrew Paris*

                            Andrew E. Paris

cc: All counsel of record (by email)