UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS LAUMANN, et al., representing themselves and all others similarly situated,

                Plaintiffs,

    v.

NATIONAL HOCKEY LEAGUE, et al.,

                Defendants.

12-cv-1817 (SAS)

ECF Case

---

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Thomas Laumann, David Dillon, Robert Silver, and Garrett Traub ("Plaintiffs"), on behalf of themselves and the Class certified by this Court on May 14, 2015,[1] respectfully move the Court for preliminary approval of their Settlement Agreement ("Agreement") with all Defendants in *Laumann v. National Hockey League*. The grounds for this motion are set forth in Plaintiffs' Memorandum of Law In Support of Motion for Preliminary Approval of Class Action Settlement, and are further supported by the Declaration of Howard Langer, and all papers and records on file in this matter.

---

[1] The Court certified two separate classes, an Internet Class and a Television Class. For purposes of this motion, Plaintiffs refer to them jointly as the "Class."

1

2

| | |
|---|---|
| Dated: June 11, 2015 | Respectfully Submitted, |
| | <u>*Howard Langer*</u> |
| | Edward Diver |
| | Howard Langer |
| | Peter Leckman |
| | LANGER, GROGAN & DIVER, P.e. |
| | 1717 Arch Street, Suite 4130 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 320-5660 |
| | Facsimile: (215) 320-5703 |
| | |
| | *Lead Class Counsel* |