UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS LAUMANN, et al., representing themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>NATIONAL HOCKEY LEAGUE, et al.,<br><br>      Defendants. | 12-cv-1817 (SAS)<br><br>ECF Case |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL
### OF CLASS ACTION SETTLEMENT

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Thomas Laumann, David Dillon, Robert Silver, and Garrett Traub ("Plaintiffs"), on behalf of themselves and the Class certified by this Court on May 14, 2015,[1] respectfully move the Court for final approval of their Settlement Agreement ("Agreement") with all Defendants in *Laumann v. National Hockey League*. The grounds for this motion are set forth in Plaintiffs' Memorandum of Law In Support of Motion for Preliminary Approval of Class Action Settlement, and are further supported by the Declaration of Professor Ian Ayres, Declaration of Edward Diver, Declaration of Howard Langer, the papers submitted as part of Plaintiffs' petition for an award of fees and expenses, and all papers and records on file in this matter.

---

[1] The Court certified two separate classes, an Internet Class and a Television Class. For purposes of this motion, Plaintiffs refer to them jointly as the "Class."

2

Dated: August 10, 2015                             Respectfully Submitted,

<u>*Howard Langer*</u>
Edward Diver
Howard Langer
Peter Leckman
LANGER, GROGAN & DIVER, P.e.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Telephone: (215) 320-5660
Facsimile: (215) 320-5703

*Class Counsel*